1    A.    I don't remember the exact date, but I can tell
2  you what was replaced and why.
3    Q.    Well, I think in some of the documents here that
4  I've seen, they give a date of 1998 that, I believe --
5    A.    I would assume that would be a correct date, but
6  what dates I do not really know.
7    Q.    Do you remember how many of the windows were
8  replaced?
9    A.    I can remember we had the supplier come up to look
10 at one cracked window, one broken window, which was a
11 custom, and one cracked exterior frame. But we also had
12 some issues with some of the wood cladding on the window
13 panes, and I don't remember if they were all replaced at the
14 same time or if it was two trips, I don't remember.
15   Q.    When you talk about the supplier, do you mean
16 Bennett?
17   A.    Bennett Supply, yes.
18   Q.    And you did not purchase the windows from Bennett,
19 did you?
20   A.    No. I do believe they were the supplier to Loc.
21   Q.    Do you remember who from Bennett Supply came to
22 your home?
23   A.    I don't remember the gentleman's name.
24   Q.    Did you call them to take a look at these?
25   A.    Actually, we called Loc and probably was referred

41

1  to Bennett Supply from Loc.
2    Q.    Do you know how many windows were replaced in
3  1998?
4    A.    Like I said, I don't remember if this was two
5  visits where they replaced those three, or they did them all
6  at the same time and they replaced 13 windows in the house.
7    Q.    And that's what you had indicated in a pleading
8  that was filed, that Bennett Supply replaced 13 windows in
9  1998; does that sound right?
10   A.    Yes.
11   Q.    Do you know where those windows came from that
12 were replaced? Were they all on the first floor or did any
13 involve the basement?
14   A.    First floor, that I do know. None of the basement
15 windows have ever been replaced.
16   Q.    And of the windows that were replaced in 1998, how
17 many were of the custom-type in or around the fireplace?
18   A.    Two.
19   Q.    You said --
20   A.    Like I said, I don't remember for sure. The 13
21 panes that were replaced were all of the same size, that I
22 know. So it must have been -- we must have had them out
23 there twice because the broken ones, frame and the two
24 broken panes, must have been replaced at a different time.
25         That, I don't remember exactly because I know the

42

1  13 panes that Bennett replaced were all identical sizes.
2    Q.    And those were separate from the broken ones?
3    A.    I do believe, because I currently own 10 of the 13
4  replaced windows. They took three and left me with the
5  other 10.
6    Q.    And none of the ones you have are broken?
7    A.    No. And they're not custom, the ones that I have.
8    Q.    Just so I'm clear, you said one of the windows was
9  a cracked window, one was broken and that was a custom, and
10 one had a cracked exterior frame.
11   A.    Correct.
12   Q.    So those three are separate from the 13?
13   A.    That's to my understanding. I'm going to assume
14 that because that doesn't sound right. The ones that were
15 replaced -- the 13 that were replaced were due to the wood
16 issue.
17   Q.    And you said that wood issue involved the cladding
18 on the window panes.
19   A.    Correct.
20   Q.    What was the problem with that?
21   A.    The one seemed punky, I don't know how you would
22 describe it.
23   Q.    You've got to tell me what you mean by that.
24   A.    I mean soft.
25   Q.    What part of the wood or what area of the wood?

43

1    A.    The cladding. There's a wood cladding around the
2  inside of the window panes.
3    Q.    All around the window or just on certain areas?
4    A.    All around the window, the whole exterior
5  framework of the pane.
6    Q.    So the 13 that were replaced, that was the issue,
7  the wood cladding was soft in the way you described it.
8    A.    Yeah. I don't know a better way of describing
9  that other than soft. I don't know for -- I really don't.
10   Q.    Were any of the 13 windows that were replaced, did
11 you have any problems with water condensation or water on
12 the inside of the windows?
13   A.    We have had water condensation from the word go.
14   Q.    I'm being specific to the 13 that were replaced in
15 1998.
16   A.    As far as condensation on the windows, yes, we had
17 condensation on the windows on those 13 panes, as well as
18 the rest of the house.
19   Q.    The particular reason why they were replaced was
20 the wood cladding though.
21   A.    Yes.
22   Q.    Now, when they were replaced, what were they
23 replaced with?
24   A.    Assuming, Marvin Integrity window panes.
25   Q.    Do you have any bill of lading or other

44

1  documentation -- let me finish -- as far as what windows
2  replaced the 13 that were removed in 1998?
3      A.    I do believe not. I'm guessing on that one, I do
4  believe not.
5      Q.    Who installed the 13 new windows in 1998?
6      A.    It would have been representatives of Bennett
7  Supply.
8      Q.    Were you involved in that installation?
9      A.    No. I wasn't even home as a matter of fact.
10     Q.    Do you know how the windows were installed?
11     A.    No, I don't. I wasn't at home.
12     Q.    Did you perform any caulking or foam sealant to
13 any of the windows installed in 1998?
14     A.    No.
15     Q.    Did you stain or seal any of those windows?
16     A.    Yes.
17     Q.    When did you do that?
18     A.    1998.
19     Q.    Approximately, how long after they were installed?
20     A.    I don't remember. Probably, shortly thereafter.
21     Q.    Did you use the same products and same process as
22 you did initially?
23     A.    Yes.
24     Q.    Since the installation of the replacement windows
25 in 1998, have you had any problems with those?

1      A.    Yes.
2      Q.    What are the problems that you've had with the
3  replacement windows in '98?
4      A.    Condensation and ice formation.
5      Q.    Same problems that you had with the original
6  windows?
7      A.    Correct.
8      Q.    Has that occurred on all 13 of the windows that
9  were replaced?
10     A.    Yes, as well as the rest of the windows in the
11 house.
12     Q.    Other than the windows that were replaced in 1998,
13 have you had any other windows or the French doors replaced?
14     A.    Not to my knowledge. I don't remember for sure,
15 but I'm pretty sure not.
16     Q.    When the windows were replaced in 1998, did you or
17 your wife have any contact with anyone from Marvin about
18 those windows?
19     A.    I do not remember. My wife would be the person to
20 ask that, she's the more date-and-time type person.
21     Q.    Who paid for the cost of the replacement of the 13
22 windows in '98?
23     A.    We didn't, that's all I know. As far as who
24 absorbed the cost, Bennett or Loc or Marvin, I don't know.
25     Q.    You said you've stored or kept 10 of those

1  windows.
2      A.    Yes.
3      Q.    Have you had anyone perform any testing or
4  evaluation of those windows for any reason since they've
5  been removed?
6      A.    Other than a general contractor, who is a friend
7  of mine, we took one apart to see how it was put together.
8  Other than that, no.
9      Q.    And who was that friend that helped you with that?
10     A.    Dwayne Davis, from Davis Construction.
11     Q.    Were you present when that window was taken apart?
12     A.    Yes.
13     Q.    What were the findings or what did you observe or
14 identify?
15     A.    We -- just to see how it was put together.
16 Actually, it was a brand-new pane that we took apart, gray
17 in color.
18     Q.    Did you find anything about the pane that led you
19 to conclusions as to why there may have been water or
20 condensation or softness in the wood?
21     A.    I am not a window manufacturer, so I cannot speak
22 to that. We just took it apart to see how it was put
23 together.
24     Q.    Do you recall if Mr. Davis made any conclusions or
25 made any statements to you about that?

1      A.    We had a few discussions and he was going to check
2  his resources and whatnot, and he has since produced a
3  letter that you folks have a copy of.
4      Q.    Did you have any other discussions with him about
5  that inspection or that examination of the windows other
6  than what might be in the letter?
7      A.    No.
8      Q.    Has anyone, besides Mr. Davis, examined any of
9  those windows that you've stored?
10     A.    No.
11     Q.    Now, as far as communication with anyone at
12 Marvin, would that be something that your wife would have
13 done?
14     A.    Yes -- well, we both would have done it, but
15 she'll have the better records and knowledge thereof. To
16 ask me, I'm going to end up telling you I don't remember.
17         (Glover Deposition Exhibit No. 2 marked for
18         identification.)
19     Q.    I'm going to show you some photographs that we'll
20 mark as Exhibit No. 2, and these were copies of items
21 provided by your counsel. I'm just going to ask you to take
22 a look at those and see if you can identify those for us.
23     A.    (Witness complies.) They are poor black-and-white
24 photocopies of photos that we have taken of our windows.
25     Q.    Do you know when those were taken?

```
 1       A.   Some of them are dated. Exact dates, I don't
 2  remember other than the ones that are dated; 3/27/02,
 3  1/21/03, 3/3/03 -- I mean some of the photos are actually
 4  dated. The other ones, I don't see a date on them and I
 5  don't remember exactly which day.
 6       Q.   Generally, what do those photos show?
 7       A.   The buildup of condensation around the interior
 8  parameter of each window pane -- of window panes, I should
 9  say, the Marvin panes, except for the last page of five.
10       Q.   What does that last page show?
11       A.   That actually shows, we had an ice storm, the ice
12  that is on the window glass is actually on the outside of
13  the glass. And notice that there was a void between the ice
14  that is on the glass and the outside of the frame where the
15  glass -- there's no ice on it, a.e. (sic) it is not stuck
16  there because of either a warm edge, I would assume. I
17  would know because I measured it.
18            And there is -- obviously, you can't see the ice
19  on the outside of the building, except for the siding. It's
20  just a way of identifying that there's heat coming -- going
21  out of the building through the parameter of the window
22  frames.
23       Q.   Do you have those originals?
24       A.   Do we have the originals, yes.
25            MR. HABAS:  Do you have those, Bryan?
```

49

```
 1            MR. FIFE:  Are those them?
 2       A.   Yes. That would be the last page.
 3       Q.   All right.
 4       A.   And that's not one. That's the one -- see how
 5  that lines up to that one.
 6       Q.   Yes. And before we go any further, the first
 7  three photographs that you provided to me correspond to the
 8  last page of this exhibit; would that be correct?
 9       A.   Yes.
10       Q.   And these show ice on the exterior of a part of a
11  window, correct?
12       A.   Yes. The photograph was actually taken from the
13  inside of the house.
14       Q.   And that would be true of all these, I take it?
15       A.   No, because the next set shows the condensation
16  and ice formation on the inside of the parameter of the
17  glass.
18       Q.   But these photographs were taken from the inside
19  as well?
20       A.   Yes.
21       Q.   And the next three you've shown me correspond to
22  the fourth page of the exhibit; would you agree?
23       A.   I would agree because that's -- there you got a --
24  poor copy, 3/27/02. And I don't know if there's a date on
25  that one or not, but it would be right there, the same.
```

50

```
 1  Okay, there we go.
 2       Q.   So these photographs would appear to reflect a
 3  condition that existed on one or more windows on March 27,
 4  2002?
 5       A.   And 3/3/03.
 6       Q.   And March 3rd of '03, correct?
 7       A.   Correct.
 8       Q.   And what you're saying they depict are
 9  condensation on the inside of the window?
10       A.   Condensation and -- well, yeah. For 3/27/02, I
11  would say condensation and ice formation as well. You can
12  see the ice there in the corner. You can see the ice there
13  in the corner.
14       Q.   Would that condensation and ice be on the inside
15  of the window or the outside?
16       A.   The inside of the window. This is the inside of
17  the home.
18       Q.   Do you know if this is one window or other -- more
19  than one window?
20       A.   I would have to assume more than one window.
21  That's actually -- which windows they are exactly, I do not
22  know.
23       Q.   Let's go to the next set of photographs, which
24  would correspond to the third page of the exhibit, dated
25  11/25/03 and one on 3/3/03.
```

51

```
 1       A.   Okay, there's that one -- well, maybe.
 2       Q.   Again, it appears to show condensation on the
 3  inside of the window; would that be accurate?
 4       A.   Condensation and ice formation, 11/25/03 -- nope,
 5  that one -- that one --
 6       Q.   Well, let me just speak generally, the rest of
 7  these photographs taken on various dates show condensation
 8  on the inside of windows; is that you're saying?
 9       A.   Condensation and ice formation on the inside of
10  the windows.
11       Q.   On certain of them?
12       A.   Various windows throughout the house.
13       Q.   Were these pictures taken by you or your wife?
14       A.   Yes. Probably both of us at one point or the
15  other. One of -- these are various pictures, we have -- I
16  do believe we have more of them.
17       Q.   Do you have negatives of these?
18       A.   Yes. We have them.
19       Q.   All right. I'll give those back to you. As long
20  as we're talking about photographs, do you have any other
21  photographs, other than what you've provided to us, showing
22  the condition of the windows that you're complaining about?
23       A.   Yes.
24       Q.   And your wife has given to your attorney some
25  additional photographs that she identified, and I ask you to
```

52

**Page 53**

1 take a look at those and tell us what they depict.
2     A.    Condensation -- these ones here are just
3 condensation on the inside of the glass.
4     Q.    What are the dates?
5     A.    Let's see here, I have two at 11/4/04, one at
6 4/25/05.
7     Q.    Other than these additional photographs, are you
8 aware of any other photographs that you've obtained of the
9 condition of the windows?
10    A.    Not off the top of my knowledge (sic).
11    Q.    Let me --
12    A.    I imagine we have more photos somewhere within the
13 house.
14    Q.    Let me ask you about the photos that you have in
15 this binder; can you identify what they involve.
16    A.    This is a heat loss inspection done by Absolute
17 Infrared Inspection Services. It's basically an infrared
18 scan of the home for heat loss. We had it done for a
19 two-fold purpose, one to show me any warm or cold spots in
20 the house -- actually, cold spots because it was done the
21 first part of the year. And where heat loss is in house,
22 a.e. windows --
23    Q.    When was this done?
24    A.    -- and doors. This is dated 1/29/05.
25    Q.    Do you remember the person who performed this

**Page 54**

1 inspection?
2     A.    I don't remember his name, but his name should be
3 on here, Craig Kesler.
4     Q.    And where is Absolute Infrared Inspections
5 located?
6     A.    In Erie. He has a P.O. box here on his -- we have
7 the bill of lading, of course.
8     Q.    Let me take a look at that.
9     A.    Sure.
10    Q.    Other than the photographs, did this inspection
11 provide you with any written description of the findings or
12 narrative explaining the reasons for the conditions that
13 were identified?
14    A.    There is a comment area on the bottom of each one
15 of the pages, it just identified what he noticed, not what's
16 causing condensation or ice formation. I do not believe --
17 I think it's just what he noted, you know, hot spot or a
18 cold spot.
19    Q.    Was there any significance of the day that was
20 chosen for this inspection in terms of temperature or
21 conditions?
22    A.    Temperature, extreme -- or more extremes between
23 inside and outside of the dwelling.
24    Q.    Do you recall what the outside temperature was
25 around the time that these photographs were taken?

**Page 55**

1     A.    I do not, but I think it was actually written on
2 the pages.
3     Q.    It's not, that's why I was asking.
4     A.    Indoor/exterior.
5     Q.    All right.
6     A.    I do believe it's on every one of them. I
7 wouldn't be able to swear to it.
8     Q.    All right.
9     A.    And there's a -- I wouldn't try copying those
10 unless you've got a color copier. I don't think the black
11 and white would do you any good.
12    Q.    Okay. Other than this inspection that was
13 performed on January 29, 2005, have you had any other
14 infrared inspections of your home?
15    A.    No.
16    Q.    You said the purpose was to identify warm or cold
17 spots in the home, as well as heat loss, correct?
18    A.    Yeah, where you're losing your heat. Yeah, trying
19 to save a nickel where we can.
20    Q.    Other than those reasons, do you have any other
21 reasons why this inspection was done?
22    A.    Just to confirm or deny whether we were losing our
23 heat.
24    Q.    What conclusions do you understand were reached
25 from that inspection?

**Page 56**

1     A.    To me, obviously, the major heat loss of the
2 building is the exterior windows and doors.
3     Q.    Do you know if Mr. Kesler gave you any conclusions
4 from his evaluation?
5     A.    Just what's documented right here.
6     Q.    Since that inspection, have you done anything in
7 terms of heat loss in order to address those issues?
8     A.    Not to date, no, I have not. That's later on in
9 the summer work.
10    Q.    What kind of work do you anticipate doing?
11    A.    Just some re-insulation in some of the ceilings
12 where I've had some minor heat loss -- investigation,
13 basically.
14    Q.    What do you mean?
15    A.    Obviously, the addition of different windows and
16 doors to the structure.
17    Q.    Do you know offhand what your average monthly
18 heating bills are during the course of the year?
19    A.    Approximately, 298 gallons of propane per year.
20 As far as monetary value -- or per month, I should say.
21 Sorry, per month throughout the winter. As far as monetary
22 value for propane, the price changes hourly, basically.
23    Q.    Has that been your monthly average since you moved
24 in the home in '96?
25    A.    Wintertime average, yes.

```
 1      Q.   When you say "wintertime", what months are you
 2  encompassing? In Erie, we know that's a long winter, but
 3  can you give me an idea of what you're referring to.
 4      A.   October through April, approximately.
 5      Q.   Would you have recorded anywhere the actual
 6  amounts per month over that period of time?
 7      A.   Other than the checkbook, I don't know if we ever
 8  kept any of the bill of ladings from the propane companies
 9  or not.
10      Q.   Who's your propane supplier?
11      A.   Currently, it is Ferrell Gas.
12      Q.   How about dating back to '96 or '97 when you moved
13  in?
14      A.   That was Propane Sales in Albion.
15      Q.   Are they still in business?
16      A.   Oh, yeah.
17      Q.   Any other suppliers over that period of time?
18      A.   No, not to my best knowledge.
19      Q.   Has any work been performed on the windows, other
20  than the replacements that you identified in 1998, to
21  address any of the issues that you've made?
22      A.   Other than the wife and I cleaning them constantly
23  all winter long to try to keep the condensation and mold
24  from building up.
25      Q.   What do you do to clean the windows?
```
57

```
 1  windows and the woodwork.
 2      Q.   How often do you do that in the winter months?
 3      A.   How often do we do that, we kind of gave up. We
 4  were doing it two to three times daily to try to keep up
 5  with it.
 6      Q.   All windows or just certain windows?
 7      A.   All windows.
 8      Q.   What happened when you gave up on that?
 9      A.   The condensation continued to build up, just like
10  it was doing before.
11      Q.   When did you give up on the efforts to --
12      A.   I don't remember the exact date.
13      Q.   The last couple of years or --
14      A.   Probably the last year.
15      Q.   Has any warrantee work been done on any of the
16  windows or doors?
17      A.   Other than what's been stated through Bennett
18  Supply.
19      Q.   The photographs that we've looked at today, appear
20  to all be of windows; do you have any photographs of
21  condensation on the French doors?
22      A.   Not to my knowledge. I can't say that we do or we
23  do not, I don't know of any off the top of my head.
24          MR. HABAS:   Bryan, have you seen any of the doors?
25          MR. FIFE:   No.
```
59

```
 1      A.   Windex, paper towels, of course, you remove the
 2  screen to get to the window. The screens are just pin-style
 3  you just set in place.
 4      Q.   Do you remove the screens for the winter months?
 5      A.   Yes.
 6      Q.   So during the winter months you don't have a
 7  screen?
 8      A.   Correct.
 9      Q.   And to clean them you use Windex and paper towels?
10      A.   Correct.
11      Q.   Anything else that you use in terms of maintenance
12  of the windows?
13      A.   Well, we haven't had to do any maintenance to the
14  windows, other than cleaning them.
15      Q.   Have you had to apply any other products to the
16  wood framing of the windows?
17      A.   No. We have painted the hardware because she
18  didn't like the color.
19      Q.   You haven't painted any of the woodwork?
20      A.   No.
21      Q.   Have you had to restain or reseal any of the wood
22  on the windows?
23      A.   We should have, but we did not as far as I'm
24  concerned. It should be a one-time application as far as
25  most people are concerned, the constant wiping of the
```
58

```
 1      Q.   Have you had the same problems with the doors as
 2  with the windows?
 3      A.   Yes.
 4      Q.   That exact same problems?
 5      A.   Yes.
 6      Q.   Same location of the condensation?
 7      A.   Yes. Around the parameter of each pane of glass.
 8      Q.   Obviously, the French doors are a bigger size than
 9  some of these windows, correct?
10      A.   Yeah. Some of the windows vary in size from 18x20
11  to 6-foot by 5 1/2.
12      Q.   When you talk about condensation on these windows,
13  are they on every single window?
14      A.   Correct.
15      Q.   And on both of the sets of French doors?
16      A.   Correct.
17      Q.   They run the entire parameter of the glass?
18      A.   The glass panes.
19      Q.   All of them?
20      A.   All of them, every pane.
21      Q.   Is it around the entire parameter of the pane or
22  just the bottom?
23      A.   Around the entire parameter of the pane.
24      Q.   How wide does that condensation look on these
25  windows?
```
60

```
 1       A.   It varies.
 2       Q.   Does it cover the entire glass at all?
 3       A.   No. It never covers the entire glass.
 4       Q.   You're talking just around the parameter of the
 5  glass.
 6       A.   Correct.
 7       Q.   And from the photographs, it looks like it could
 8  be anywhere from a quarter-inch wide to maybe up to
 9  two inches; is that a fair assessment?
10       A.   I would say fair.
11       Q.   I'm not holding you to that, but just to get a
12  general characterization of the condensation, location, and
13  size; would that be about accurate?
14       A.   I would say that.
15       Q.   Other than the condensation problem that you've
16  identified with the windows, have you had any other problems
17  with these Marvin windows?
18       A.   Other than stated once before, via (sic) a broken
19  window and a cracked window pane and the exterior frame on
20  the one, that must have -- that had to be a second trip --
21  first or second trip from those folks, because those were
22  changed -- I don't remember if those were changed at the
23  same time or a different time, those 13 were changed.
24            Other than that, as far as mechanical workings of
25  the windows and stuff like, we haven't had any problems.
```

61

```
 1       Q.   The windows have opened and opened properly?
 2       A.   Yes.
 3       Q.   Screens have worked effectively?
 4       A.   Very good.
 5       Q.   Other than the maintenance that you described of
 6  using paper towels and Windex, have you done any other
 7  maintenance to the windows or the frames?
 8       A.   No.
 9       Q.   Have you recaulked any of them?
10       A.   No.
11       Q.   Let me just ask you some questions about the
12  condensation issue, itself: When did you first notice any
13  condensation on these windows?
14       A.   I don't remember the exact day or month, but
15  approximately '96.
16       Q.   How long after they were installed?
17       A.   Within a couple of months.
18       Q.   We know from some of the documents that they would
19  have been installed in or about October of 1996.
20       A.   Correct.
21       Q.   So using that time frame, can you tell us when you
22  would have first noticed condensation?
23       A.   The end of '96, December or so.
24       Q.   Did there seem to be any certain conditions that
25  would create this condensation, as far as you understood?
```

62

```
 1       A.   As far as I understood, home under construction
 2  and temporary heat.
 3       Q.   That's what you thought initially?
 4       A.   Yeah. So I didn't really pay that much attention
 5  to it and just keep them dry and kept them wiped down. And
 6  kept them dry so they wouldn't damage any of the woodwork,
 7  and got the sealant on them, as far as sealing the wood. As
 8  far as finishing them, we did that later.
 9       Q.   So the first winter, winter of '96/'97, the home
10  was still under construction.
11       A.   Correct.
12       Q.   And I think you said earlier that the construction
13  would have been finished sometime in 1997.
14       A.   I do believe it was like late summer or so. The
15  exact date, I don't remember.
16       Q.   During the spring and summer of '97, did you
17  notice any condensation on the windows?
18       A.   No. Summertime, there is usually no issue.
19       Q.   This is typically a winter phenomenon.
20       A.   Correct -- shall we say heating season; how does
21  that sound?
22       Q.   Moving into your first winter occupying the home
23  after it was finished -- that would be '97/'98?
24       A.   Correct.
25       Q.   Did you notice condensation on the windows at that
```

63

```
 1  time?
 2       A.   Yes.
 3       Q.   Did that start with the heating season?
 4       A.   Approximately, thereabouts.
 5       Q.   Would there be any particular weather conditions
 6  or temperatures outside that seemed to correlate with
 7  condensation on the windows?
 8       A.   Didn't really keep track of it.
 9       Q.   In your mind looking back --
10       A.   Temperature extremes. What temperature, I have no
11  idea.
12       Q.   When you say "temperature extremes", do you mean
13  below freezing or below zero or any particular frame?
14       A.   Just cold outside and running the heater inside.
15       Q.   Did you or your wife keep track of any of these
16  conditions by log or diary or anything like that?
17       A.   No. We figured a new home -- you know, the winter
18  of '97, a new home, paint drying, and whatnot.
19       Q.   Did you notice any condensation on the outside of
20  windows?
21       A.   Really haven't, but we never really checked.
22       Q.   Did you notice condensation between the window
23  panes?
24       A.   No. There is no condensation between the window
25  panes as far as I know to this date. They are still
```

64

**Page 65**

    sealed -- the glass is still sealed.
    Q.   Now, since you moved in your home, have you used any humidifiers in the home?
    A.   No.
    Q.   Have you kept water in a bathtub or in pans in the home to provide humidity during the winter months?
    A.   No.
    Q.   Have you used any dehumidifiers in the home since you moved in?
    A.   Yes.
    Q.   Can you tell me about those.
    A.   We have one running in the basement. Exact size, probably six quart, I won't swear to that exactly. And we are also running -- currently running a -- and that was installed when the furnace was installed, what they call and air-to-air heat exchanger unit.
    Q.   Other than those units, do you have any other dehumidifying systems in the house?
    A.   Central air conditioning for summer. I mean, that's part of air conditioning is dehumidification.
    Q.   Do you keep the dehumidifier in the basement running year-round?
    A.   Yes.
    Q.   Do you know what setting it's on?
    A.   It doesn't have any relative humidity percentile,

**Page 66**

it's just --
    Q.   Can you adjust it to low, medium, or high in terms of how frequently or how continuously --
    A.   There's a span, but I don't remember exactly what the bottom or top is, you know, minimum or maximum.
    Q.   Do you have to empty it or it's self-empty?
    A.   Self-empty.
    Q.   Into a drain of some type?
    A.   Yes.
    Q.   Do you know about how much water is emptied in the course of a given day or a period of time?
    A.   I have no clue. I have never really measured it. It's not a lot, but my idea of not a lot and somebody else's, I don't know.
    Q.   What's your basis for saying not a lot?
    A.   It runs very infrequently. And when it does run, there's not really a whole lot of -- you can't hear it dripping a whole lot.
    Q.   Does it continuously run or does it go on and off?
    A.   It goes on and off in cycles.
    Q.   You don't know how often it's on versus off?
    A.   No clue. I don't pay any attention to it.
    Q.   Have you had to replace a basement dehumidifier since you've owned the home?
    A.   No. It's still the same one.

**Page 67**

    Q.   Have you used any dehumidifiers within the upstairs of the home other than the air-to-air exchange?
    A.   No.
    Q.   And how does the air-to-air exchange act to dehumidify the home?
    A.   With cooler temperatures outside, a.e. wintertime, I don't know if you're familiar with properties of relative humidity or not, when you take air in from the outside let's say at about 20-degree outside air temperature to 30-percent humidity -- the numbers aren't going to be exact because I don't know them exactly.
    Q.   Sure, you're just using an example.
    A.   And you heat that air up to 70 degrees, you have not added any water content to it, but you've expanded the dry bulb temperature, the humidity drops down by quite a bit.
    I'm bringing that into the house, I'm taking air that is in the house and venting it to the outside, and when the two air streams pass, they exchange temperature, not humidity.
    Q.   Now, you have showers in your home, correct?
    A.   Correct.
    Q.   Do you vent the bathrooms outside?
    A.   Yes.
    Q.   How do you do that?

**Page 68**

    A.   Via a ceiling exhaust fan and terminated below the soffit on the east side of home.
    Q.   Is that for all of the showers?
    A.   Yes. Two, to be exact.
    Q.   How about in the kitchen, do you have any vents for moisture for cooking in the kitchen?
    A.   No. We have a charcoal filter for the stove, that's it. It's vented in the house. And the dryer is vented to the outside, same with the furnace.
    Q.   Do you have a fireplace?
    A.   Yes.
    Q.   What type?
    A.   It's actually a Superior insert, it's a below zero clearance insert.
    Q.   Is that for wood burning?
    A.   Yeah. It can be either for wood or gas, it is set up for wood.
    Q.   Do you run a fire during the winter months?
    A.   Off and on, no rhyme or reason.
    Q.   How much wood do you go through in a winter; any idea?
    A.   A cord, if I'm lucky.
    Q.   Any other sources of moisture in your home that you can think of?
    A.   No. We have aquariums -- a 10-gallon aquarium, I

```
 1  should say. And houseplants, critters, guinea pigs, dogs,
 2  cats.
 3       Q.   Is your basement finished?
 4       A.   No. Currently it is not.
 5       Q.   Have you sealed the block?
 6       A.   Yes.
 7       Q.   When did you do that?
 8       A.   The entire basement was parched and pressure
 9  sealed at the time of construction in '96. It was done by
10  Young's Pressure Seal. Has a French drain in it.
11       Q.   Have you had to reseal the block at all since '96?
12       A.   We've painted the inside of it with Ulg masonry
13  paint.
14       Q.   How do you spell that?
15       A.   It's U-L-G I think.
16       Q.   Do you know when you did that?
17       A.   Various stages, since '97 on, since we occupied
18  the home.
19       Q.   Have you had any water come in through the block
20  or the floor of the basement since you built the house?
21       A.   Through the block, minimal, in a few small spots.
22  And that was properly taking care of.
23       Q.   By resealing it?
24       A.   Yes. By the use of a product called Quit Wall.
25  It is fiberglass reinforced.
```

69

```
 1       Q.   When you say it was "minimal", how many areas did
 2  you notice that?
 3       A.   Two.
 4       Q.   What was the size?
 5       A.   Approximately -- a crack in the block
 6  approximately three inches long.
 7       Q.   That was due to settling of the home?
 8       A.   Yeah.
 9       Q.   Other than the cracks in the block, did you notice
10  any water or staining of the block?
11       A.   No.
12       Q.   Other than the steps you identified as far as
13  cleaning the windows, have you done anything to try to
14  reduce or minimize condensation on the windows?
15       A.   We've tried to make our -- check our indoor
16  humidity -- indoor air quality, I should say; humidity,
17  temperature.
18       Q.   How often have you done that?
19       A.   Sporadically, off and on, throughout, you know,
20  months.
21       Q.   Have you kept any record or log of that?
22       A.   No. We've never written it down. Tried to make
23  sure we were within our tolerances and try to identify any
24  other locations of water coming in, like basement, like you
25  said, or anything like that, and none found.
```

70

```
 1       Q.   What has been the range of the humidity that
 2  you've been able to identify?
 3       A.   The range of humidity I've been able to identify,
 4  20 to about 34 percent.
 5       Q.   And how have you measured that?
 6       A.   With the Taylor Swing psychrometer.
 7       Q.   Can you spell that for our court reporter.
 8       A.   I don't know how to spell psychrometer.
 9       Q.   Is it S-Y-C-H-R-O-M-E-T-E-R?
10       A.   No, it begins with a P.
11       Q.   I've seen the spelling, I just don't know --
12       A.   I don't remember that either.
13       Q.   Is that something that you purchased?
14       A.   Yes.
15       Q.   Have you noticed any drafts coming through or
16  around any of the windows?
17       A.   No drafts.
18       Q.   None anywhere?
19       A.   No.
20       Q.   Have you checked for that?
21       A.   Yep.
22       Q.   How did you check for that?
23       A.   Basically, using a candle and bite-gauge paper --
24  toilet paper, to see if it moves or napkins or something
25  like that.
```

71

```
 1       Q.   When would you have done that?
 2       A.   Sporadically. No log kept of that either.
 3       Q.   Other than propane and the occasional fire, do you
 4  use any other devices to heat your home?
 5       A.   No, not safe.
 6       Q.   Do you have an attic?
 7       A.   No -- well, it's not a usable attic, I should say.
 8       Q.   Crawl space?
 9       A.   There's a crawl space up there.
10       Q.   How's that vented?
11       A.   How's that vented? Ventilated soffit and ridge
12  vent.
13       Q.   How many ridge vents do you have?
14       A.   One great big one.
15       Q.   Where is that located?
16       A.   It runs the entire length of the roof,
17  approximately 92 feet.
18       Q.   Have you used a hydrometer to measure humidity in
19  your home, H-Y-D-R-O-M-E-T-E-R?
20       A.   No, I don't own one.
21       Q.   Have you ever had anyone come in the home and test
22  humidity using such a device?
23       A.   Yes.
24       Q.   Who was that?
25       A.   A gentleman by the name of Tim Trampenau. He has
```

72

Page 73:

1  an electronic meter, I don't know if it was a hydrometer or
2  not.
3  Q. And Tim's last name is T-R-A-M-P-E-N-A-U?
4  A. Yes.
5  Q. Other than when Tim came to the home, have you
6  ever had anyone test for humidity in the home?
7  A. I think this gentleman here from Absolute did.
8  MR. FIFE: Mr. Kesler.
9  A. Mr. Kesler. I'm lousy with names, I'm sorry.
10 Q. That's all right.
11 A. But I don't think he documented it. I think he
12 just had some -- I've done it myself using the swinging
13 psychometer and we do have an expensive Radio Shack
14 indoor/outdoor thermometer that has the humidity on it.
15 Q. Where do you keep that?
16 A. Sitting on the windowsill.
17 Q. Where?
18 A. Northwest window.
19 Q. Why that particular window?
20 A. That's where it got stuck.
21 Q. What does the humidity show through the indoor
22 thermometer?
23 A. It varies in between -- oh, gee, I don't remember
24 exact numbers, but I know that the machine does not read
25 correctly. So I really don't pay that much attention to it.

Page 74:

1  Q. Now, these photographs that you've identified, are
2  they a condition that exists for a period of time, or are
3  you showing a condition that exists throughout the heating
4  season?
5  A. Petty much throughout the heating season.
6  Q. Do you know what causes the condensation that
7  you've observed to dissipate or go away, what conditions?
8  A. As far as I know, as far as to make it minimal, is
9  when it warms up -- when it's warmer outside the structure.
10 When the temperature outside the structure and the
11 temperature inside the structure are more even.
12 Q. So when the outside temperature warms up, the
13 condensation dissipates?
14 A. Correct.
15 Q. When the outside temperature drops, that's when
16 you see condensation appearing?
17 A. Correct.
18 Q. And you're saying it remains while the temperature
19 is cold or where there's a greater disparity between the
20 outside and the inside temperature?
21 A. Yes.
22 Q. In terms of your inside temperature, do you keep
23 the environment at a certain temperature or the thermostat
24 at a certain rating?
25 A. Pretty much between 68 and 72 degrees.

Page 75:

1  Q. You don't lower the temperature in the evenings or
2  on the weekends?
3  A. Yea. It's dropped in the evenings and when we're
4  not home to about 65.
5  Q. Do you have a manual temperature setting or a
6  digital?
7  A. Digital, programmable.
8  Q. Do you know what the hours or durations of the
9  program are?
10 A. That, I don't remember.
11 Q. Do you program it to go down at night or in the
12 evenings?
13 A. (Witness nods head.)
14 Q. And that's to what, 65?
15 A. About. That varies, we're getting older.
16 Q. Have you or any of your family members experienced
17 any health issues in your home since you moved in such as
18 allergies or things that you associate with temperature or
19 humidity?
20 A. About the only thing we have noticed is our
21 daughter did have bloody noses from being dried out when the
22 humidity got too low. Other than that, whether they had
23 allergies beforehand, they've still got them today.
24 Q. What did you do to address the humidity issue when
25 your daughter had a bloody nose?

Page 76:

1  A. Took her to the nose doctor, put nose drops in,
2  and treated her.
3  Q. Did you adjust the humidity in the home at all?
4  A. Don't have a humidifier. Never installed one and
5  I don't like them, so I didn't put it in.
6  Q. When did she have this issue with her nose?
7  A. Throughout her childhood.
8  Q. Does she still have it from time to time?
9  A. Bloody noses from time to time. But I don't think
10 that's the issue of the humidity anymore, I think that's
11 just growing.
12 Q. How would you adjust humidity in your home?
13 A. As far as to increase it?
14 Q. Or to decrease it.
15 A. To decrease it, the dehumidifier and the
16 air-to-air heat exchanger.
17 Q. Can you adjust the heat exchanger to different
18 levels?
19 A. No, it's running full open. I need to do that
20 because the building is considered to be tight, so I do need
21 an air exchange.
22 Q. Why do you say the building is considered tight?
23 A. It's well-insulated.
24 Q. How much insulation do you have in the building?
25 A. What part?

**Page 77**

Q. Why don't you describe your insulation in the building so that I understand what you mean by it's well-insulated.

A. Walls are six-inch construction. They're R19 in the walls.

Q. R19?

A. R19, with another one and a half tacked up on the outside, which is the backer board for the vinyl siding. The roof line is basically two roof lines, one side being 36 feet square. It is double-rolled for a total of R44 and the other one being 24x44, which is a vaulted ceiling and it has R32 in it.

Q. Do you know what the rating is of the outside?

A. 1.5.

Q. Pardon?

A. 1.5. It's just the polystyrene backer board.

Q. And that's the thickness of it?

A. No. It's actually a quarter-inch thick. R rating is 1.5.

Q. Any other insulation in your home?

A. The band is -- that band board, or rim board, some people call it, is insulated.

Q. How about the floors?

A. The floor over the crawlspace is. And that's got 14 inches think of insulation with a plastic vapor barrier.

**Page 78**

Q. That's in the floor you said.

A. That's in the floor, which is the last eight feet of the 44 feet back where the fireplace is. Other than that, the rest is full basement.

Q. Now, I understand you've had some people give you estimates for replacement of the windows.

A. Correct.

Q. Can you tell me all the companies you've gone to to replace -- or to get estimates to get replacements?

A. The wife would be better off with that information than I would.

Q. Have you gotten a quote from Thermo-Twin Windows?

A. Yeah. I remember seeing that gentleman.

Q. Did you get a quote from Pella Windows?

A. I don't know if it was Pella, but I think it's a gentleman that deals with Pella Windows. Yes.

(Glover Deposition Exhibit Nos. 3 and 4 marked for identification.)

Q. I'm going to show you what we're going to mark as Exhibit Nos. 3 and 4 and ask you to take a look at those.

A. (Witness complies.)

(Brief recess taken.)

BY MR. HABAS:

Q. Mr. Glover, I've put in front of you Exhibit Nos. 3 and 4. They appear to be estimates for replacement of the

**Page 79**

windows; is that correct?

A. That is correct.

Q. The first one is for Thermo-Twin Windows dated 2/11/03.

A. Correct.

Q. That one identifies that you were looking to replace 42 -- or install 42 double-insulated windows into 29 openings; does that appear to be correct?

A. 42 windows -- I don't see the 29 openings -- okay 29, there it is.

Q. Now, would this have involved replacing all of the windows in your home or just part of them?

A. This would have been the 42 windows. How they do their classification is they do it by panes of glass. So I'm going to assume that there's 42 panes of glass in the house off the top of my head. I didn't count them.

Q. Was this an estimate to replace all of the windows in your home?

A. Yes.

Q. Including the basement windows?

A. I would have to say yes, because the basement windows are awning windows.

Q. Why would the basement windows need to be replaced?

A. Because they were the same manufacturer, they've

**Page 80**

got the same problem.

Q. Have you had condensation in the basement windows as well?

A. Yes. As far as keeping track of that, we really haven't.

Q. So you don't know whether it's been the same as the windows on the first floor?

A. No. Off the top of my head, I couldn't tell you. And these from Thermo-Twin Industries are what they call a vinyl-clad window, which I didn't really want. I got wood windows, I want wood windows. I like the looks of them.

Q. So just so we're clear, this was an estimate to replace all of the windows in your home that you had installed originally in 1996, except for the replacements in '98?

A. Yeah -- well, no, all of them. Even the ones that were replaced in '98, other than the front door, of course.

Q. What was the reason why you did not take the Thermo-Twin estimate and go with that?

A. Because they were vinyl-clad windows and we had wood-clad windows in the house.

Q. The second document, Exhibit No. 4, is an estimate from Pella Windows dated 6/24/04; do you see that?

A. Uh-huh.

Q. You've got to say yes or no.

Page 81:

```
 1      A.   Yes, of course.
 2      Q.   Why did you obtain this estimate?
 3      A.   Just a different window manufacturer, getting
 4  different estimates, and these are for wood-clad windows, I
 5  do believe.
 6      Q.   This document identifies a total of 30 window
 7  openings; do you see that?
 8      A.   Yeah, I see it.
 9      Q.   Can you explain why the Pella Window is for 30
10  window openings and Thermo-Twin was for 29?
11      A.   That I couldn't -- unless somebody miscounted.
12      Q.   Again, would this be an estimate to replace all of
13  your windows in your home, as well as the French door units?
14      A.   Yes. Yes, for the Pella one. That may be what
15  the difference may be, I do not know.
16      Q.   Did the Thermo-Twin estimate also include the
17  French doors, to your understanding?
18      A.   Yeah. It's says two Windsor French doors,
19  loading.
20      Q.   Have you obtained any other estimates for the
21  replacement of the windows other than these two?
22      A.   Not to my knowledge. I don't remember.
23      Q.   And am I correct that to date you have not
24  replaced the windows, other than the ones in '98?
25      A.   No. I have not replaced any windows in the house
```

Page 82:

```
 1  or doors.
 2      Q.   Were you present when the person from Pella came
 3  to your home to take a look at your windows?
 4      A.   Yes.
 5      Q.   Did you have any discussion with them about the
 6  issues of condensation or water on the windows?
 7      A.   Other than what causes it, that's it.
 8      Q.   What was the discussion about what causes the
 9  condensation?
10      A.   Basically, a cold pane. In other words, the
11  window has cooled enough to have condensation condensate on
12  it.
13      Q.   Did a person from Pella provide you with any sort
14  of either written or verbal information that you would not
15  have condensation with windows that they were quoting you
16  on?
17      A.   He said that their's doesn't do that. Other than
18  that, I don't really remember the total conversation with
19  the gentleman.
20      Q.   Well, wouldn't that have been an important issue
21  to discuss?
22      A.   Basically, it was just the R factors and how their
23  window was constructed.
24      Q.   And what did he tell you about the R factor?
25      A.   He stated to me what his R factors were, I don't
```

Page 83:

```
 1  remember exactly what they are. I don't remember what
 2  Marvin's is either. I thought I was purchasing a rather
 3  well-insulated window when I purchased the Marvin ones.
 4      Q.   Other than the estimate from Pella, did you
 5  receive any information about the type of windows that they
 6  were quoting on?
 7      A.   No.
 8      Q.   Were these Pella-brand windows that you were being
 9  quoted on or some other brand?
10      A.   Yes, Pella. That's what the gentleman represents.
11      Q.   Have you done any research or spoken to anyone
12  about the Pella Windows as far as their qualities and their
13  properties?
14      A.   Here and there, nothing formal.
15      Q.   Was there a particular reason why you got a quote
16  from Pella as opposed to some other manufacturer?
17      A.   They're just a manufacturer that somebody
18  recommended -- the gentleman, I should say, was recommended,
19  not necessarily the window. But the man was knowledgeable
20  of the products he sold.
21      Q.   Did you have any prior dealings or relationships
22  with the Pella people?
23      A.   No.
24      Q.   What was the reason why you got an estimate in
25  2004 for Pella at that particular time?
```

Page 84:

```
 1      A.   Just to get estimates on what it's going to cost
 2  us to replace the windows and the doors in the house to --
 3      Q.   Would this include both the removal of the
 4  existing windows and replacement of new windows?
 5      A.   Correct.
 6      Q.   Can you purchase these windows and install them
 7  yourself?
 8      A.   I probably could, but these are all custom sizes.
 9      Q.   The original ones were custom sizes as well,
10  right?
11      A.   No. They were standard Marvin sizes. Of course,
12  every manufacturer makes their own size.
13      Q.   Did you install the custom Marvin windows in your
14  home?
15      A.   Yes.
16      Q.   Do you have an estimate just for the cost of
17  obtaining new windows separate and apart from installation?
18      A.   No.
19      Q.   Do you know what the windows from Pella cost,
20  themselves, separate and apart from any installation costs?
21      A.   No.
22      Q.   Could you install new Pella windows or other
23  manufacturers at your home?
24      A.   Why? I paid to have them installed once, why do I
25  want to do it again.
```

**Page 85**

Q. Do you know what it costs to have the Marvin windows installed?
A. No, I don't.
Q. And that would have been any cost that you would have paid Mike Paris, right?
A. Yeah. And I do believe that was all under the table, shall we say. He was helping me out as best he could.
Q. So these estimates reflect the full cost to install new windows; would that be accurate?
A. To remove -- well, the Pella one would be to remove the existing windows, of course, you have to remove siding, install new windows, finish new windows, and put it all back together.
Q. Including sealing and caulking and insulating?
A. Right.
Q. Has anyone told you that some of the windows that you currently have in your home do not have to be replaced?
A. Nobody has said either/or, whether they need to be replaced or not. This would be more of a preference to us due to the fact that we believe that our issue is with the windows and doors, not with the house.
Q. In obtaining the estimates from Pella and Thermo-Twin, those were estimates you were obtaining for yourself as opposed to somebody directing you that you

**Page 86**

definitely have to do this?
A. Correct, we did it on our own.
Q. Have you had to make any other repairs to your home since you moved in '96?
A. Nope.
Q. Just so I'm clear, the difference between the two estimates is one is vinyl clad and one is wood clad?
A. One is for complete -- well, one is for complete replacement of the windows, the other one is for replacement of the window panes individually. And, yes, one being wood clad and one being vinyl.
Q. I'm not sure I understand the difference.
A. The interior side of your window, there's vinyl cladding. In other words, what you're looking at is holding the window glass, itself, is vinyl or finished wood. Currently, we own finished wood. To go down to vinyl would be like taking your Cadillac and coming out of the dealership with a Yugo. You paid for a Cadillac and you got a Yugo, are going to be happy?
Q. The question is on the estimates, both of them involve complete replacement of the windows --
A. No. Thermo-Twin reuses the current framing that is in the building.
Q. And the Pella takes out the entire frame?
A. Right, and puts in the whole new assembly.

**Page 87**

Q. And that's an all-wood assembly, as far as you understand -- all-wood framing.
A. Well, yeah, on the inside, yes. I think the outside of the Pellas are vinyl.
Q. And that would be true of the Thermo-Twin as well, the outside would be vinyl.
A. That's pretty much standard.
Q. The only difference is the inside would be vinyl on the Thermo-Twin?
A. Yes.
Q. Have you ever had any water actually enter in your windows as a result of rain or snow that you observed?
A. No.
Q. Other than the infrared testing of the windows, have you had any other testing of the windows or the casings, themselves?
A. We had a gentleman come in from Solid Rock Consulting.
Q. And what did he do?
A. Just verified that the windows were installed correctly into the building, as well as the building is of current and modern construction codes.
Q. Do you know how he verified the installation of the windows?
A. Visually.

**Page 88**

Q. Did he take any out?
A. No. He did not remove any from the building.
Q. Did perform any test where you used any equipment?
A. No.
Q. Just a visual inspection?
A. Just a visual inspection.
Q. Now, at one point earlier you had mentioned mildew; are you making any claim for mildew-related damage to your home?
A. To the home or to the windows?
Q. To the windows -- the home generally, but the windows in particular.
A. Yes. For the windows, yes, as well as the problem with the condensation. As far as the home, no, we don't have that big of an issue with mildew.
Q. Where do you have mildew in the windows?
A. Around the outside of the frame -- or the pane, I should say.
Q. Can you look at some photographs and show me what particular areas that you've identified mildew?
A. (Witness complies.) I'll just grab one right off the top, a couple of them.
Q. You're showing me one the photographs with a date of 4/25/02; can you show me without writing on the photograph the area that you're referring to.

**Page 89**

1  A. See the black along the wood here.
2  Q. This is this bottom pane of the wood?
3  A. That's the cladding that's attached to the window.
4  Q. This is the bottom part of the window as opposed
5  to the side or the top.
6  A. Here's up the side, and in the corner there's
7  actually a 45-degree cut in the wood.
8  Q. And you're referring to a photograph dated
9  11/4/04.
10  A. It goes up the side.
11  Q. And you're demonstrating areas of black that are
12  on the wood cladding, right?
13  A. That is correct. I mean, you can see it here.
14  And just about -- almost every photo that you look at --
15  here's one that looks nice and bright right here.
16  Q. You're referring to a photograph dated 3/27/02.
17  A. And you can see the black all the way around.
18  Q. And you're pointing at the seams between different
19  layers of the wood on the cladding.
20  A. What it is, is this is actually one whole piece of
21  wood, and it's just been machined for the roundness on it.
22  But you can see where it's down into the saw cut here and
23  all the way around. And just about any photo that you look
24  at that you actually see the wood.
25  Q. Have you treated or tried to remove the mildew

**Page 91**

1  black is, is mold.
2  Q. I'm not an expert on mold, but I understand it's a
3  more severe form of mildew.
4  A. Basically, that's what I understand, I'm not an
5  expert either.
6  Q. You had any mold or mediation in your home?
7  A. No.
8  Q. Have you called anyone out to look at the mold?
9  A. No. We don't have that big of an issue in the
10  house, as far as the general house. We keep it clean. We
11  are running an ionizer in the basement in the store room to
12  help alleviate any problems there, which we don't really
13  have a major problem -- just keep it in check.
14  Q. When did you install the ionizer?
15  A. A couple of years back.
16  Q. What was the --
17  A. The exact day, I don't remember.
18  Q. Why did you install an ionizer?
19  A. Preventative maintenance, basically.
20  Q. Did you do that because of condensation or mildew
21  issues?
22  A. No, preventative maintenance. And we also run
23  what's called a UV light. And actually the manufacturer is
24  Field Systems and it's UV Air is the brand name, which is an
25  ultraviolet light that goes -- runs from the duct work, from

**Page 90**

1  areas that you've identified?
2  A. Yes.
3  Q. How have you done that?
4  A. Basically, cleaning them with Windex and stuff
5  like that. We don't use anything aggressive on it. We
6  thought about even using mineral spirits, but that's going
7  to take the finish off so we never used anything like that.
8  Q. Any bleach?
9  A. No, of course not. Bleach and wood don't get
10  along.
11  Q. Have you scraped or tried to sand any of that off?
12  A. No, because that would just ruin the finish that's
13  on the windows as well as damage the wood, of course.
14  Q. Has the mildew caused any of the wood pieces to
15  break off or come apart?
16  A. They have not broken off or come apart to date.
17  Q. Have you had any mildew on the French doors?
18  A. Yes.
19  Q. How about the basement windows?
20  A. Yes.
21  Q. Same areas?
22  A. Same areas.
23  Q. What about mold? Have you discovered any mold as
24  a result of any water condensation?
25  A. All the windows, yes. That's actually what that

**Page 92**

1  the furnace, to the central heating, air conditioning system
2  that basically kills any mold spores, whatever, that goes
3  through the air stream. And that's for allergies.
4  Q. Have you ever spoken to anyone from Marvin with
5  regard to these windows or the issues that you've
6  identified?
7  A. The wife did most of the correspondence with
8  Marvin. I may have, but I don't remember, it's been a long
9  time.
10  Q. Your attorney has provided us with some names, and
11  I didn't know if it was you or your wife who would have had
12  any conversations with them.
13  A. Wife, mainly.
14  Q. Okay. Has she been the person who would have sent
15  the e-mails that have been identified as well?
16  A. Yes.
17  Q. You mentioned a gentleman by the name of Butch
18  Taylor from Pella Windows; do you recall that name?
19  A. I don't. It's probably somebody the wife -- was
20  referred to the wife through the real estate agency that she
21  works.
22  Q. Did Mike Paris perform work at Better Home
23  Construction?
24  A. No, that was the contractor that did the basement.
25  Q. When you purchased these Integrity windows, on

**Page 93**

1  what basis did you purchase them? What made you decide to
2  purchase these windows as opposed to others?
3      A.  Insulation factor. I don't remember exactly what
4  their R value was supposed to be. Argon film, low E gas,
5  low emission, is what, I do believe, it stands for. Also,
6  they also had the UV filter on them, which filters out the
7  ultraviolet light so it doesn't fade furniture and stuff
8  like that. I don't know if you noticed, the house does have
9  the lot of glass in the one area.
10     Q.  Did you do any research, yourself, in order to
11 identify these conditions with the Marvin windows?
12     A.  No. I believed what I was handed. I have the --
13 we have the original sales brochure from when we picked out
14 the windows.
15     Q.  Would that have been given to you by Loc?
16     A.  Yes.
17     Q.  Did they select the type of windows or did they
18 give choices and you selected the window?
19     A.  I basically told them what I wanted was a good,
20 low maintenance window. I had some experience with some
21 other cheaper brands that I didn't even want to consider,
22 and this is what they came up with. They said these were
23 their top-of-the-line windows that they handled.
24     Q.  Did they give you a choice or was it their
25 recommendation to go with the Marvin windows?

**Page 94**

1      A.  They gave us a choice, but I don't remember what
2  they were.
3      Q.  Did you get literature from other brands?
4      A.  I don't really remember. And if I did, we don't
5  have it. We didn't even consider it or whatever.
6      Q.  Did you rely on what Loc suggested in order to
7  make the choice?
8      A.  Yes. They were more knowledgeable of the products
9  that they sold.
10     Q.  As you said, you weren't in that business so you
11 didn't really know that difference; is that right?
12     A.  That is correct.
13     Q.  You said you had some experience with some cheaper
14 brands; what were you referring to?
15     A.  They don't make them anymore, Winco or something
16 like that. From doing remodelling work at our old
17 residence --
18     Q.  Before choosing -- or strike that. I think you
19 said that Loc made the recommendation of Marvin Windows to
20 you; is that right?
21     A.  (Witness nods head.) Yes.
22     Q.  Did you obtain any literature from Loc about the
23 windows before making the decision?
24     A.  Just their one sales brochure, which we have a
25 copy of.

**Page 95**

1      Q.  Did you look through that and study that before
2  deciding what windows to go with?
3      A.  Yes.
4      Q.  Was there anything in that particular brochure
5  that was important in your decision?
6      A.  It looked to be a good construction, you know, a
7  quality unit. They had -- they carried the design that I
8  cared for, you know, the awning, what they call, casement
9  windows. We didn't want double hungs. Of course, like I
10 said before, the brochures and their sales literature.
11     Q.  Anything else that you relied on in making that
12 decision?
13     A.  Basically, from what I read and stuff like that,
14 it seemed to be a very good window design. Seems to be
15 sturdy, had a good warrantee, the whole nine yards, it
16 seemed to be a very good investment at the time.
17     Q.  And in making the decision to use these particular
18 windows, you didn't have any direct communication with
19 anyone at Marvin, right?
20     A.  No.
21     Q.  Now, in your Complaint that was file in this case,
22 the statement is made that one of the issues that you have
23 with the windows is that it has defects which allow
24 excessive heat transfer; tell me what you mean by that.
25     A.  What it is, it seems to me -- now, like I said,

**Page 96**

1  I'm no expert, but through my job and my training, I learned
2  about heat transfer and the way it's transferred.
3          What I have is a fiberglass outer shell that is
4  glued to a piece of glass, which is glued to an aluminum
5  track, which is glued to another piece of glass, which is
6  glued to a piece of wood is how the window is comprised.
7  Aluminum conducts heat transfer by contact, so does the
8  glass, so does fiberglass.
9          So basically what I got is I got a solid piece of
10 material that is extremely cold -- it is cold on one side
11 and warm on the other, and there's no insulation value there
12 through that aluminum spacer. The new windows today have
13 what's called warm-edge technology, which is no longer an
14 aluminum spacer, which is a piece of foam spacer. And foam
15 does not conduct as much heat transfer through it. That's
16 why I'm getting condensation around the outside of each
17 window, not the whole glass.
18     Q.  That's your understanding of --
19     A.  That's my understanding of how I'm losing my heat.
20     Q.  And did you obtain that understanding from anyone
21 besides your own experience?
22     A.  Basically, what's written in books on how the heat
23 transfers and what I've been trained to do for a living.
24     Q.  Has your knowledge from books come about as a
25 result of this lawsuit, or as a result of your concern with

Page 97:

```
 1  these windows, or through your experience in the trade?
 2       A.    Through my experience in the trade.
 3       Q.    Have you had anyone appraise your home for its
 4  value?
 5       A.    Several different times.
 6       Q.    What was the most recent time?
 7       A.    Date, I don't remember; when we did our
 8  refinancing.
 9       Q.    How long ago was that?
10       A.    You'd have to ask the wife.
11       Q.    In the last couple of years?
12       A.    Within the last couple, two or three years or so.
13  I don't remember the exact date, the wife would be able to
14  tell you.
15       Q.    When you refinanced the home, did you get an
16  estimate of the value of the home?
17       A.    She'd be able to tell you.
18       Q.    Are you aware of anyone who said that the value of
19  your home has decreased or not increased as a result of the
20  issues that you have with the windows?
21       A.    I don't think it's really all that publicly known
22  the issues that we have with our windows. I mean, we don't
23  run around telling everybody that we see. There's a few
24  people that know about them.
25       Q.    Have you attempted to sell your home?
```

Page 99:

```
 1       A.    Like it's been compressed pretty thinly.
 2       Q.    You're making that assessment based upon the width
 3  of it?
 4       A.    Thickness, depth.
 5       Q.    Thickness --
 6       A.    Thickness, depth would be it. I do not know what
 7  the industry standards are personally, just an observation.
 8       Q.    Has anyone evaluated the R factor for the windows
 9  that you're aware of?
10       A.    No, other than what's stated that Marvin implies
11  what their R value is.
12       Q.    And I think you said earlier that there was no air
13  leakage around the glass.
14       A.    None that we could find.
15       Q.    Did anyone look for that?
16       A.    Yes. Like I said, by using a candle or looking
17  for a draft that way to see if the flame moves.
18       Q.    Did Mr. Davis or anyone who's taken a look at
19  these windows ever identify the air leakage around the
20  glass?
21       A.    Most of them have not looked at the windows, per
22  se. When I had people come in to inspect certain things of
23  the home, it was just that part. In other words, they
24  identified that the house is not the issue, it has to be
25  something else.
```

Page 98:

```
 1       A.    No.
 2       Q.    You have not listed it with any realtor?
 3       A.    No.
 4       Q.    Now, you've also made the statement that there are
 5  lower amounts of sealant between the outside frame and
 6  glass, aluminum spacer, and glass indoor wood cladding; does
 7  that sound familiar?
 8       A.    Yeah. That's what Mr. Davis and I concluded by
 9  taking the one unit apart. Now, whether how much, I do not
10  know, that's what Mr. Davis does for a living.
11       Q.    So that is his conclusion?
12       A.    Yeah. It seemed to be thin.
13       Q.    What seemed to be thin?
14       A.    The amount of sealant.
15       Q.    In what location?
16       A.    In between the glass and the pane -- or the glass
17  and the cladding, both sides.
18       Q.    What do you mean by that?
19       A.    Outdoor cladding -- outside cladding, which is, on
20  the Marvin windows, fiberglass, and your normal wood
21  cladding.
22       Q.    What kind of sealant were you looking at when you
23  observed that?
24       A.    To me, it looked like a neoprene rubber caulk.
25       Q.    When you say "thin", what do you mean by thin?
```

Page 100:

```
 1       Q.    Has anyone looked at the issue of air leakage
 2  around the glass?
 3       A.    No, other than myself and my wife. Mr. Davis'
 4  findings are of his own, he knows windows more than I do.
 5       Q.    You are NATE certified.
 6       A.    Yes.
 7       Q.    What does that stand for.
 8       A.    NATE stands for North American Training
 9  Excellence.
10       Q.    And that's in the field of HVAC.
11       A.    Yes. That is actually through what is called
12  RSCS, Refrigeration -- it's Refrigeration Engineer Society
13  (sic). It's what governs refrigeration work, heating, air
14  conditioning.
15       Q.    Do you recall that you and your wife communicated
16  with the Better Business Bureau about these windows?
17       A.    The wife mainly, yes.
18       Q.    In one of your communications you wrote that, "The
19  windows lose so much that you can see the rings around the
20  windowsill"; do you recall that statement?
21       A.    I don't, the wife may. Rings around the
22  windowsill.
23       Q.    Did you ever see anything like that?
24       A.    I don't know what she's referring to there, it's
25  been a while. We've actually had ice formation on the
```

```
 1  inside of the glass, that's telling me that the inside of
 2  the glass is below 32 degrees Farenheit.
 3      Q.  On how many occasions did you see that?
 4      A.  Never really kept track.
 5      Q.  More than once?
 6      A.  More than once. And I don't know what the outside
 7  air temperature would have been.
 8      Q.  Is that any particular window?
 9      A.  Here, there, or sporadic, we really didn't keep
10  track. We've seen it on more than one, let's put it that
11  way. Which ones exactly at what time, I don't remember.
12      Q.  And you don't know the conditions that caused
13  that?
14      A.  No. I don't know what the outside is, I know it
15  was in heating season. Inside the house would be probably
16  approximately around 70 degrees.
17      Q.  What area of the window?
18      A.  Bottom corner if memory serves me correctly.
19      Q.  Both sides or one side?
20      A.  That, I couldn't tell you. It's actually in the
21  photographs in some of them -- not either one of those. I
22  have these things all mixed up. You can actually see it
23  here; you can see it here, those are probably all the same
24  pictures; and you can see it here.
25      Q.  And you're pointing to three pictures dated
```

101

```
 1  March 3, '03, correct?
 2      A.  Yes.
 3      Q.  And you're pointing to a left lower corner of one
 4  of the windows?
 5      A.  Actually, there, there, and there.
 6      Q.  And that appears to be, according to you, ice
 7  buildup?
 8      A.  Yes. That's exactly what that is, is ice.
 9      Q.  You're saying that was not on the inside, but that
10  was between the panes of glass?
11      A.  No. That is on the inside of the glass.
12      Q.  And just to be clear, when you're saying inside,
13  you're not talking about between the panes of glass, but on
14  the inside surface of the home?
15      A.  That is correct.
16      Q.  Okay.
17      A.  Not between the glass, but the inside surface of
18  the home. By the looks of it, it looks like these pictures
19  are actually a progression I'd have to say. There's a lower
20  amount there -- they're all the same date. That looks to be
21  a larger amount, that looks to be a larger amount as it grew
22  in.
23          Actually, you can even see it right here in the
24  wood where the wood has actually gotten frozen.
25      Q.  Just so I'm clear, have you ever seen rings around
```

102

```
 1  the windowsill; do you know what that means?
 2      A.  I have no idea.
 3          (Glover Deposition Exhibit No. 5 marked for
 4           identification.)
 5      Q.  And just so I'm clear, I'm going to show you what
 6  we've marked as Exhibit No. 5, which is a letter dated
 7  May 7, 2003 written by you and your wife to the Better
 8  Business Bureau in Minnesota. And you'll see in the third
 9  paragraph, the third line, the reference to rings around the
10  window.
11      A.  (Witness reviews document.) Rings around the
12  windowsill.
13      Q.  Do you see that reference?
14      A.  Unless the reference is referring to it as the
15  wife worded it, as the condensation around the window pane,
16  that would be my only assumption.
17      Q.  That would be your understanding?
18      A.  Yeah. Because the sill is actually the whole
19  unit. I'm technical, she's time and date.
20      Q.  You'll see the beginning of that same paragraph
21  that says we have spoken to numerous experts in the window
22  industry; do you see that?
23      A.  Uh-huh.
24      Q.  You have to say yes or no.
25      A.  Yes.
```

103

```
 1      Q.  Do you know what that refers to?
 2      A.  We were just speaking about other window
 3  manufacturers.
 4      Q.  Who would that be?
 5      A.  Pella, Thermo-Twin, people at home shows. Yeah,
 6  it's right here, extreme conditions, humidity 60 percent --
 7  those don't, these ones do. Most of the manufacturers for
 8  competitor windows for -- Marvin's competitors we've spoken
 9  to state their products, they don't state what's wrong with
10  our product.
11      Q.  Well, if you look at the third paragraph, the
12  first line, it says, "We've spoke with numerous experts in
13  the window industry and they have confirmed that they never
14  seen any windows that were so bad." Do you see that
15  statement?
16      A.  Uh-huh.
17      Q.  You've got to say yes or no.
18      A.  Yes, I'm sorry.
19      Q.  Who in particular said that to you?
20      A.  I don't remember which one who actually said that
21  one to us.
22      Q.  Your recollection is these companies talked about
23  their windows as opposed to talking down Marvin.
24      A.  Correct.
25      Q.  I'm almost finished, give me a minute.
```

104

```
 1       A.   Certainly.
 2       Q.   Have you or your wife had to spend any money on
 3  your own to address the issues that you've had with the
 4  windows?
 5       A.   As far as --
 6       Q.   For any reason.
 7       A.   Any monies of our own, well, of course, buying
 8  supplies to keep them clean, testing of our home to verify
 9  that it is not a building problem or an indoor air-quality
10  problem.
11       Q.   By testing of your home, what are you referring
12  to?
13       A.   Mr. Davis, Solid Rock. I mean just about anything
14  you've seen produced, the infrared study. We spent our
15  monies on all of that.
16       Q.   Do you have any idea of how much money you've
17  spent on those?
18       A.   No, I have no idea. I wouldn't even venture a
19  guess.
20       Q.   Other than the instructions that you received for
21  the windows, have you received any other written
22  instructions for the installation or maintenance of the
23  Marvin windows?
24       A.   No. Their instructions are quite forthcoming and
25  seemed to be rather complete, you know, what care or the use
```

105

```
 1       Q.   And your assessment is that this is due to
 2  excessive heat transfer?
 3       A.   Heat loss, heat transfer, yes.
 4       Q.   And you focused on the aluminum portion of the
 5  windows as being the main culprit?
 6       A.   Either that or it's the casing, what they call the
 7  cladding -- I shouldn't say casing because that's the whole
 8  window; the cladding. Because it seems to be --
 9       Q.   The wood cladding.
10       A.   Wood and outdoor cladding. Because it's actually
11  two components, there's an indoor and outdoor. It seems to
12  be the glass where we get the condensation. It's just
13  around the outside of the glass, around the cladding, and
14  that's right where the spacer is, and that's how the unit is
15  made.
16       Q.   So your thought is it's either the aluminum spacer
17  or the cladding indoor or outdoor.
18       A.   Yeah. It's somewhere there. I'm no expert, I
19  cannot point to one and say that's it.
20       Q.   Which one is Mr. Davis pointing to?
21       A.   He was assuming that -- as far as what I can
22  remember in his letter, was the -- would have been an air
23  leakage around the glass, in between the cladding and the
24  glass.
25       Q.   But you couldn't identify any air leakage.
```

107

```
 1  of their product.
 2       Q.   I'm going to show you, without marking, a copy of
 3  the installation instructions that we got from your
 4  attorney; would that be the instructions you're referring
 5  to?
 6       A.   Yes. We have many copies.
 7       Q.   I just wanted to be sure that was the correct one.
 8  You mentioned Solid Rock Consulting; is the person you dealt
 9  with there Jeffrey Holes, H-O-L-E-S?
10       A.   Correct.
11       Q.   Do you remember how many times he came to your
12  home to look at the windows?
13       A.   Once, I do believe. I'm not for sure, but once.
14       Q.   And why is it that you've had these people come
15  out to your home?
16       A.   Well, obviously, we have an issue that's going on.
17  To identify what I can control and take care of, a.e.,
18  building, that if that's that problem or the problem lies
19  with the windows. I'm not going to make anybody point at
20  the windows and say that's bad, because I'm not a window
21  expert.
22            Indoor-air quality, I understand; construction of
23  the home, I understand; water seeping into the home, I
24  understand. We have eliminated all of those. There's only
25  one issue left, the windows.
```

106

```
 1       A.   I could not identify any. And it seems to me if
 2  that was a problem -- an issue where the sealant went bad,
 3  we'd be able to find it. Other than poking at them now and
 4  again, I haven't found anything.
 5       Q.   Did he do any tests to identify any air leakage?
 6       A.   No.
 7            MR. HABAS:   That's all the questions I have for
 8       you.
 9
10                          CROSS-EXAMINATION
11  BY MR. FIFE:
12
13       Q.   When you were selecting or going to purchase these
14  windows, you said you talked with some representatives from
15  Marvin regarding those.
16       A.   Just the people at Loc, yes.
17       Q.   And you indicated they made some representations,
18  I believe, for Superior windows.
19       A.   Yes.
20            MR. HABAS:   You mean the people from Loc did, is
21       what you're saying?
22            MR. FIFE:   Whoever he was speaking to with regards
23       to these windows.
24       Q.   They made representations that these were --
25       A.   That these were top of the line, extremely good
```

108

1  grade of windows.
2     Q.  And was it those type of representations that made
3  you purchase these windows versus other windows?
4     A.  The window would actually suit our needs, had a
5  very good name for itself, and a really good product, yeah,
6  that's basically why I chose their windows.
7     Q.  When you were talking to Loc, what was your
8  understanding as to their relationship with Marvin?
9     A.  Not any more than being a supplier and having
10 knowledge of their products.
11        MR. FIFE:  Okay.  That's all the questions I have.
12        MR. HABAS:  I have no further questions.  You have
13     the opportunity to read the transcript when it is
14     finished, when she types it up for you.  Or you
15     can waive that right, that's something that you
16     may want to discuss with your attorney.
17     THE WITNESS:  I'll discuss it with him and --
18     MR. FIFE:  Well, if you read it, she'll send us a
19     copy whenever, you'll have 30 days to go through
20     it and make your changes.  You can't change your
21     testimony, you're only going to be able to change
22     spellings maybe.  So it's entirely up to you.
23         It's really only your -- you're only
24     verifying your address and stuff, what she's typed
25     down that you said today.  I'm pretty comfortable

109

1     with what you said.
2     THE WITNESS:  I'll waive.
3         (Deposition concluded at 12:05 p.m.)

110

```
 1
 2
 3                    C E R T I F I C A T I O N
 4
 5       I, Sonya Hoffman, a Court Reporter and
 6   Notary Public in and for the Commonwealth of
 7   Pennsylvania, do hereby certify that the foregoing
 8   is a true and accurate transcript of my
 9   stenographic notes in the above-captioned matter.
10
11
12
13                        _____Sonya Hoffman_____
14                        Court Reporter and Notary Public
15
16
17           Dated:  June 15, 2005
18
19
20          NOTARIAL SEAL
21   SONYA A. HOFFMAN, NOTARY PUBLIC
     CITY OF ERIE, ERIE COUNTY
     MY COMMISSION EXPIRES NOV. 9, 2008
22
23
24
25
```