

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN GLOVER and BARBARA GLOVER, husband and wife,<br>        Plaintiffs | : | |
| | : | |
| v. | : | Civil Action No. 04 – 209 Erie |
| | : | |
| MARVIN WINDOWS and DOORS, a/k/a MARVIN WINDOWS, a/k/a MARVIN LUMBER AND CEDAR COMPANY, a/k/a MARVIN WOOD PRODUCTS, | : | Judge Sean J. McLaughlin |
| | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |
|         Defendant | : | |

## AFFIDAVIT OF BARBARA GLOVER

I, BARBARA GLOVER, hereby attest and aver under oath as follows:

1.      My  name is Barbara Glover.

2.      I am employed by Howard Hanna as an advertising assistant.

3.      My husband is Bryan Glover, and we currently reside at 11467 Eureka Road, Edinboro, PA

4.      In the summer of 1996, construction on our home at 11467 Eureka Road began.

5.      In the fall of 1996, the Marvin Integrity Windows were delivered and installed in our house during construction.  The house was not completed when the windows were installed.

6.      In the winter of 1996-1997, my husband and I observed condensation on the windows throughout the house.  I was not concerned with the condensation on the windows as it was my understanding that condensation can occur on windows while the home is under construction and unoccupied.

7.      The condensation on the windows would only occur during the winter months or the "heating season".

8.      In late August 1997, my husband and I moved into the house at 11467 Eureka Road in Edinboro, Pennsylvania.  The house was still under construction.

9.      In the winter of 1997-1998, condensation again appeared on the windows, however, we did not think anything of it since the house was still new, and condensation is a common side effect of the "settling process" involved with new construction.

10.     In the spring of 1998, thirteen (13) of the original thirty-two (32) windows were replaced due to problems with the wood used to make the windows becoming "soft" due to a defect unrelated to the condensation.

11.     In the winter of 1998-1999, the condensation problem continued following the replacement of the windows, however, the cause of the condensation problem was uncertain and the wood around the windows appeared to be unaffected. We again attributed the condensation problem to the newly constructed home and the settling process.

12.     In the winter of 1999-2000, the condensation reappears on the windows throughout the house, and we became concerned that this was continuing to occur.  I began asking around to see if anyone had any ideas as to the cause of the condensation problem.

13.     Then in the winter of 2000-2001, my husband and I contacted the distributor from whom we purchased the windows regarding the possible problems with the windows.  We were directed to a new representative, A.W. Hastings and arranged for a Hastings' representative to come to our home to inspect the windows.  The representative never came to inspect the windows, and Hastings did not return our calls.

14.     In the summer of 2001, my husband and I were informed by a Marvin Windows corporate representative that the problem was not with the windows, but with

the humidity in our home.  We checked the humidity levels, but everything was within reasonable limits.

15.    In the fall/winter of 2001, my husband and I again call Marvin Windows for assistance.  I was again told that the problem was with the humidity in our home and not with the windows, and received a packet of information from Marvin regarding condensation on windows and the many causes of the condition.

16.    By the end of 2001, the windows were beginning to show signs of decay, and ice is beginning to form on the inside of the windows.  I again call Marvin and am told that we will be contacted in the fall of 2002 to set up an appointment for a representative from Marvin to come and inspect the windows.

17.    In December 2002, my husband and I were informed that a representative from Marvin would be coming in January 2003 to inspect the windows.  During the inspection, the representative tested the humidity levels in our home which fell within the warranty guidelines and stated that he "doesn't know what is wrong with the windows" but assured us that "Marvin Windows stands behind its windows and that the problem will be taken care of."

18.    In late January 2003, my husband and I were contacted by a customer service representative from Marvin who indicated that he had concluded that the problem we were having was a humidity problem with our home, and not a problem with our windows.

19.    I attempted to contact Marvin on a number of occasions in February 2003,
however, no one from Marvin would ever respond to my e-mails or phone calls.

FURTHER, Affiant sayeth not,

_Barbara Glover_
Barbara Glover

Sworn to and subscribed before me
this _22_ day of _July_____, 2005.

_Margaret L Merritt_
Notary Public

Commonwealth of Pennsylvania
NOTARIAL SEAL
MARGARET L. MERRITT, Notary Public
Millcreek Township, County of Erie
My Commission Expires July 19, 2009



April 5, 2004

To Whom it May Concern:

On March 28, 2004, at the request of Mr. and Mrs. Glover, I conducted an inspection of their home, windows and French doors to ascertain the underlying cause for the deterioration of all of the windows and doors throughout their home. During the inspection at their home I noted that their windows and French doors were in various stages of deterioration. I observed that the wooden cladding was extremely deteriorated. Upon closer examination, I noted that the wood was black with decay, moist, and could be easily peeled away with something as simple as a fingernail on the surface.

I have owned my own business "Duane Davis Construction" for the past 20 years, specializing in new homes, replacement windows, additions, remodeling, garages, siding, home maintenance and seamless gutters. Prior to starting my business I worked an additional 10 years with another contractor in the same field.

I observed that the Glover residence is soundly constructed, that the windows and doors were installed properly, and that there was no evidence of moisture or water damage anywhere within their home. The basement was dry.

Mr. Glover directed my attention to an extra window that he had in the basement, which was the same exact window that was installed elsewhere in his residence. With his permission I disassembled the window and came to the following conclusions concerning the cause for the numerous problems the Glovers are having with their Marvin Integrity windows and doors. It is my belief that the failure of the rubber seal is allowing air to leak in around the glass and enter the home. The air is leaking between the outside frame and the glass as well as the glass and the wood cladding. The windows and doors are not constructed out of poor quality materials, but rather are ASSEMBLED POORLY. The reduced amount of and poor adhesive quality of the rubber sealant as well as the fit of the glass to the outside frame is causing the cold air from the outside to enter the home and is causing the excessive moisture, and ice on the windows and doors resulting in the current conditions that I observed.

I also noted mold and green algae growing between the outside frame and glass; down in the sealant, further proving that the sealant used in the construction of the windows and doors at the Glover residence has failed and is the cause for the present condition of their windows and doors.

Sincerely,

Duane Davis
Duane Davis Construction
12260 Ridge Avenue
Edinboro, PA 16412



**DUANE DAVIS CONSTRUCTION**
NEW HOMES, ADDITIONS, REMODELING,
GARAGES, REPLACEMENT WINDOWS, SIDING,
SNOW REMOVAL, HOME MAINTENANCE

PHONE (814) 734-1145
EMAIL daviscon@velocity.net

12260 RIDGE AVE.
EDINBORO, PA 16412



1              IN THE UNITED STATES DISTRICT COURT
2           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3   BRYAN GLOVER and BARBARA           :
    GLOVER, husband and wife,          :
          Plaintiffs                   :
4                                      :
                                       :
            v.                         :    Civil Action No. 04-209 Erie
5                                      :
                                       :
    MARVIN WINDOWS and DOORS           :
6   a/k/a MARVIN WINDOWS, a/k/a        :
    MARVIN LUMBER AND CEDAR            :
7   COMPANY, a/k/a MARVIN WOOD         :
    PRODUCTS,                          :
8         Defendants                   :

9

10          Deposition of MERVIN TYLER, taken before

11      and by Sondra A. Black, Notary Public in and for the

12      Commonwealth of Pennsylvania, on Monday, June 13,

13      2005, commencing at 11:37 a.m., at the offices of

14      Marshall Dennehey Warner Coleman & Goggin, 1001 State

15      Street, Suite 1400, Erie, Pennsylvania 16501.

16

17  For the Plaintiffs:

18      Bryan D. Fife, Esquire
        Quinn Buseck Leemhuis Toohey & Kroto, Inc.
19      2222 West Grandview Boulevard
        Erie, PA 16506
20
    For the Defendants:
21
        G. Jay Habas, Esquire
22      Marshall Dennehey Warner Coleman & Goggin
        1001 State Street, Suite 1400
23      Erie, PA 16501

24
                    Reported by Sondra A. Black
25                  Ferguson & Holdnack Reporting

1                          I N D E X

2

3     MERVIN TYLER

4          Direct Examination by Mr. Habas.........................3

5          Cross-Examination by Mr. Fife.........................24

6          Redirect Examination by Mr. Habas....................33

7          Recross-Examination by Mr. Fife......................34

8          Further Redirect Examination by Mr. Habas.............36

9

10    EXHIBITS

11         Tyler Deposition Exhibit A............................6

12         Tyler Deposition Exhibit B............................6

13

14

15

16

17

18

19

20

21

22

23

24

25

1        M E R V I N   T Y L E R, first having been

2        duly sworn, testified as follows:

3

4                    DIRECT EXAMINATION

5   BY MR. HABAS:

6

7        Q.   Sir, can you give us your full name, and spell your

8   last name for our court reporter.

9        A.   Mervin Leroy Tyler, T-Y-L-E-R.  My nickname is

10  Butch.  That's why you'll see some things signed here as

11  Butch.

12       Q.   Where do you currently live?

13       A.   6110 Swanville Road, Erie 16506.

14       Q.   What's your highest level of education?

15       A.   One year of college at Gannon.

16       Q.   What did you study there?

17       A.   Mechanical engineering.

18       Q.   Any certifications or other education?

19       A.   Um-hum.  I am a union carpenter, and had my own

20  business for 26 years under the name Tyler Construction,

21  filed with the State.  I have various certifications through

22  Pella Window.  I was in their CPC program, Certified Pella

23  Contractor.  The first one in the Erie area.

24       Q.   What years did you operate Tyler Construction?

25       A.   1972 through '97.  Closed it because of personal

1    injuries due to doing too much myself.

2        Q.   How long have you been with Pella?

3        A.   Eight years.

4        Q.   '97 to present?

5        A.   To present, yes.

6        Q.   Is that a full-time position?

7        A.   Yes.

8        Q.   Are you the owner of the local franchise?

9        A.   No.  No.  It is not owned locally.  It is a

10   franchise out of Bedford Heights, Ohio.

11       Q.   What is your position with Pella?

12       A.   Outside sales.

13       Q.   Any other positions with the company?

14       A.   No.  I -- I have had, yes, but present position is

15   outside sales.

16       Q.   How long have you had that position?

17       A.   Three years.

18       Q.   What other positions have you held with that

19   business?

20       A.   I started as an inside, part-time order entry and

21   showroom -- that position has changed so much.  What was it

22   called.  It was inside sales, and you were doing quoting and

23   order entry.

24       Q.   Any other positions that you've held?

25       A.   Then that went to full-time inside sales, then that

1    became full-time outside sales.

2        Q.   Have you held any other employment positions in the

3    last five years?

4        A.   No.  No.

5        Q.   Have you been involved in any lawsuits yourself or

6    with any of your businesses?

7        A.   No.  No.

8        Q.   Have you had any experience with Marvin or Integrity

9    windows or doors?

10       A.   No, I haven't.  I mean, I know them.  I know the

11   competition, what's out there, but no, I have not.

12       Q.   Have you ever sold windows or doors for either

13   Marvin or Integrity?

14       A.   No.

15       Q.   You were asked to bring with you any documents you

16   may have concerning the Glovers as set forth in your

17   subpoena, and you provided us today with copies of documents

18   which we previously obtained, and we will mark these as

19   exhibits to your deposition.  The first one is a one-page

20   which I will characterize as an estimate.  Would that be fair

21   to say?

22       A.   Sure.

23       Q.   And that'll be the first exhibit.  I'll mark that as

24   A.  And the other is what's identified as a Proposal, and it

25   is a six-page document.  Does that appear to be correct?

1          (Tyler Deposition Exhibits A and B marked for

2           identification.)

3     A.    Yes.

4     Q.    And you have copies in front of you?

5     A.    Certainly do.

6     Q.    Now, the first item, Exhibit A, looks to be an

7     estimate or proposal dated 6/24/04 on behalf of the Glovers

8     for their home in Edinboro; is that correct?

9     A.    Correct.

10    Q.    Can you tell me the circumstances under which you

11    gave or were asked to give that estimate?

12    A.    Barb Glover gave me a phone call at the office and

13    requested an estimate on the entire house of windows.  And I

14    ask how many windows and doors would I be estimating to allot

15    that amount of time whenever I set the appointment to go

16    ahead and be fair to the customer.  And that's about all the

17    information I need to know.

18          Because if they're asking us for an estimate, we're

19    not supposed to prequalify.  We're supposed to go.  So I did.

20    And I went out to the house and I actually didn't meet

21    Mrs. Glover because timing was such that Bryan was there.

22    And we went over everything in the house, and I just measured

23    every window and every door in the house that he wanted

24    replaced.

25          I can sometimes give a quote right in the home with

1   a laptop, but 30 windows and a couple doors is just too much.

2   So I took all the information and all my sizes and went back

3   to the office and prepared a quote for them.  And per their

4   request -- I'm pretty sure I faxed it off to them.  That's a

5   year ago.  I think I faxed it.  But anyhow, I either faxed it

6   or I dropped it off at Barb's work out there at Howard

7   Hannah.

8           And they had told me that the windows were being

9   replaced because of the condition of the windows and the

10  damage that had been done, and they had -- Bryan took me down

11  in the basement and showed me the sash that he had already

12  replaced and -- that had failed, also.  He had been furnished

13  some sash, put them in, and subsequently those failed.  So he

14  said he did not want to keep doing that.  So he wanted an

15  estimate to go ahead and replace all the windows.

16          He said, this is going to be -- we're trying to get

17  some moneys to help us with this because the windows are

18  failing, the product that is sent is also failing, so he

19  didn't want to continue down that path again and again.  And

20  I said, it doesn't matter to me.  I mean, I'm here to give

21  you an estimate on windows.  If there's nothing in the wall,

22  I'm still going to give you an estimate on the window.  It

23  doesn't matter.  We're taking that out and we're putting our

24  product in if that's what you want.

25      Q.   Now, when Barbara Glover called you initially, what

7

1    did she tell you, if anything, about the reason they were

2    asking for an estimate?

3        A.    30 windows, a couple doors, needed an estimate.

4    She's familiar with the product being a Realtor, and, you

5    know, we do seminars sometimes to different realty firms.  So

6    she could have easily sat in on one of the seminars and seen

7    our product to go ahead and be interested in using our

8    product as her replacement.

9        Q.    Did you have any relationship with the Glovers,

10   either personally or professionally, before this?

11       A.    I didn't know them from anybody.  I mean, I'm a

12   lifer in -- from Erie, but I did not know the Glovers.

13       Q.    When you met Mr. Glover at the home, was that on

14   June 24, 2004?

15       A.    No.  Actually, I probably have that date because I

16   have my preliminary paperwork.  Let's see if this has a date

17   on it.  One day, 6/23 because this is -- well, I'm sorry,

18   6/17.  There's my appointment right there.  6/17 was my

19   appointment with them, and this would be on a program in our

20   computers to when that was -- but 6/17.  I need to look at

21   the earliest date, and that's when it was.

22       Q.    What's the 6/23/04 date reflect?

23       A.    6/23 is when I took all of this information and

24   created this quote.  So I could get those exact dates, but

25   I've got 6/17 here, and then 6/23 was preparing, and 6/24 is

1    when I wrote it up and gave it to her.  So things happened
2    within a week.
3        Q.   After submitting the quote, which you have
4    identified as 6/24/04, and it's Exhibit A, did you have any
5    further conversations with the Glovers?
6        A.   I should have brought that.  There's a -- there's a
7    sales logics program in our computer.  If -- if you permit
8    me, I can either call right now, there is somebody at the
9    office that could look this up, or I could furnish you that
10    information -- those dates.  There was a couple phone calls,
11    I want to say almost three, four months in between, something
12    like that.  We're required by my company, when we furnish a
13    quote to somebody, to follow up on it.  I mean, they've spent
14    money to have us go out there, they wanted to know what's
15    happening.  Just, you know, common business sense.  You don't
16    just keep quoting everything and not make any follow-up phone
17    calls.
18        So, yes, I have had a couple follow-up phone calls.
19    And they said, nothing is happening.  You know, we're still
20    trying to go ahead and get some moneys to do the project.
21    They don't have the money to go ahead and do it themselves,
22    so they need to come up with some moneys to do it.  And I
23    never revisited the house.  It was just a couple phone calls,
24    and they said, it's still active.  We still need to do it.
25    We don't have the money to do it.  You know, we're trying to

1    get reimbursed or somehow get the money to do the project.

2        Q.    Just so I'm clear, sir, was it your understanding

3    that the Glovers had already decided to replace the windows

4    when they called you?

5        A.    They were asking me for a quote.  They didn't say

6    they had decided to or not.  Condition of the windows, and

7    what I was being shown, warrants them to be replaced.  I

8    don't see them living with that condition.  So I don't think

9    there was ever a question as to the need or a time frame.  It

10   was just a matter of, they didn't have the money to do it.

11   They needed to start to get an estimate from a like window to

12   go ahead and use as a replacement so they would have some

13   direction as to where to go and what to do.  What is it going

14   to cost them, and what can the company offer them in a window

15   like theirs.

16       Q.    I guess what I'm getting at is, I want to make sure

17   I understand why you were asked to come out there.  And from

18   your testimony it sounds like you were asked to come to the

19   Glovers' home to give an estimate for the cost to replace the

20   windows; is that accurate?

21       A.    Yes.

22       Q.    You were not asked to come and look at the windows

23   themselves to evaluate their condition; would that be

24   correct?

25       A.    No.    That was shown to me.

1     Q.   But that was not the reason why you were called out
2    to the home?

3     A.   Not to evaluate.  To give them an estimate so that
4    they could go ahead and get the problem fixed.  That was the
5    reason I was there.  I mean, I wouldn't have gone through all
6    of this if I was just there to go ahead and give them an
7    expert opinion on what is going on with their windows.  I
8    mean, that has been -- my whole career is windows and doors.
9    So I wasn't there just to give them an opinion.  I was there
10   to give them a quote on what a Pella solution would be for
11   their problem.

12    Q.   And prior to being asked to come out to the house
13   and give a quote, you had not been asked to evaluate the
14   windows themselves as to the reason they were in the
15   condition they were in?

16    A.   Never saw them.  I was never at the house.  That
17   time that I measured these windows was the first time I ever
18   went to their house.

19    Q.   Did you have the opportunity, when you went out to
20   the Glover home, to actually see or inspect any of the
21   windows that were in the home itself, other than what might
22   have been laying loose in the basement or disassembled?

23    A.   Every one.

24    Q.   Did you take any of them out of their frames?

25    A.   No.  We opened windows, but we did not remove sash

1    from frame or frame from rough opening.  We did not.

2        Q.    Can you tell me what you did when you looked at the

3    windows.  What was your process in terms of inspecting them

4    and looking at them?

5        A.    If it was a window that would open, we would unlock

6    and crank the window out.  I would look at the window from

7    the inside, all of the areas that frame was making contact

8    with sash or weather stripping making contact with sash to

9    look at that, then go outside and look underneath the sash

10   and look at the frame from outside just to get an idea of

11   what was happening.

12       Q.    When you looked at the windows from the outside, did

13   you see any defects in either the frame or the sash?

14       A.    The sash had the seal failure happening on the sash.

15   Which, you know, a 9-year-old kid could have seen that.  I

16   mean, there was nothing that was rocket science to see that

17   was taking place.  You could --

18       Q.    What did you observe about seal failure on the

19   outside of the windows?

20       A.    That's what my pictures will also show because I did

21   take a couple pictures of the edge of the sash showing that

22   water had migrated in and was getting at the wood on the

23   inside of the window -- of the sash and causing it to

24   deteriorate.

25       Q.    Were you able to determine the source of that water

1    or where it was coming from?

2        A.    No, I was not.  I -- I was not there to cut a sash

3    apart or do any of that.  And there are sash that could be

4    cut apart to determine that, and that is one of the ways that

5    you need to do that, is to go ahead and cut the sash and see

6    where it is migrating and cut right through it diagonally and

7    see what has breached.

8        Q.    Was it your understanding that the source of the

9    water would have been from the exterior of the home?

10       A.    That was happening to the sash, yes.  Yes.

11       Q.    Did you have any discussion with Mr. Glover about

12   that?

13       A.    He was showing me the sash that he had already

14   replaced, kept everything that he tore out -- he was showing

15   me those, and he had actually had a couple sets of those that

16   had failed.  He was showing me that, and I said, yeah.

17   It's -- they're shot.  I mean, nothing that I know you can do

18   to them to make them right again to be able to be used.

19   Just, you know, keep replacing what they're sending.  And he

20   said he wasn't willing to go ahead and go that route for very

21   much longer.

22       Q.    Now, this is in terms of your -- looking at the

23   windows from the outside, correct?  Initially you were

24   looking at the windows from the outside?

25       A.    I was doing everything.  I was -- we were inside and

1    opened the window, you would look at that.  You would go

2    outside and you would look at the remainder of the window

3    that you couldn't see when it was closed.  And we were

4    looking at the sash.  I mean, I was looking at everything all

5    the time.

6        Q.   I'm just talking about your outside view of the

7    windows first.

8        A.   Okay.

9        Q.   So we talked about from the outside you could see

10   the sash had water that had migrated inside.

11       A.   Yes.

12       Q.   You also said that there had been what you believed

13   was seal failure.  Can you describe what you mean by that.

14       A.   A breach of the ability for that window sash to keep

15   water from passing by the cladding, whatever it -- the

16   material might be, and the glass -- to keep the water from

17   passing by that point.

18       Q.   In terms of the seal failure, what did you

19   understand the seal of that window to be?

20       A.   The cladding should keep water from getting past the

21   point of cladding-to-glass contact.  And if it gets past

22   that, then the next material is wood.

23       Q.   In terms of this seal where you identified a

24   failure, can you tell me what area of the window you're

25   talking about, the exterior window or the interior window or

1    some point in between?

2        A.    What I saw there was exterior.

3        Q.    Could you identify the nature of the seal that you

4    were looking at, what would the --

5        A.    I don't know what products they use, no.

6        Q.    What did it look like in terms of the product?

7        A.    Without cutting through it, I could not tell.

8        Q.    Did it look like it was rubber?

9        A.    I don't know.

10       Q.    Why did you believe there was a seal failure on the

11   exterior of the window?

12       A.    Looking at the edge, and one of the pictures, shows

13   that the damage had occurred right at the juncture of the

14   exterior cladding and the wood.

15       Q.    You're saying that's captured in your photographs?

16       A.    It is captured in the one photograph, yeah.

17       Q.    Would we be able to identify that photograph readily

18   from the disc that you gave us?

19       A.    Yes.  It is a photograph of a sash still in the

20   frame, still in the house.  Not a loose sash that he had

21   taken out.

22       Q.    In terms of looseness, did you identify that there

23   was any looseness or give in any of the windows or frames

24   when you were inspecting them?

25       A.    Did not.  Didn't see any of that.

1     Q.   Did you press on the glass to see if there was any

2   give or looseness within the frame of the window?

3     A.   I did not.

4     Q.   Did Mr. Glover say anything to you about that?  That

5   the windows moved or vibrated or anything like that?

6     A.   No, he did not.  No.

7     Q.   Did you have any other observations about the

8   windows from the outside, other than what you've already told

9   us?

10    A.   No.

11    Q.   What did you observe about the windows from the

12  inside?

13    A.   The wood on the lower portion of the window was

14  rotting.

15    Q.   On all the windows?

16    A.   On the sash -- I don't know if I looked at every

17  window in the house because I was asked to give a whole-house

18  estimate of the windows and doors.  The couple doors and the

19  windows seemed to be about in the same condition, and there

20  was, you know, rotting on -- happening on the inside of

21  windows and frames.  But I can't say that it was, you know,

22  every window in the -- in the house.  I cannot say that.

23    Q.   What else did you observe about the inside of these

24  windows?

25    A.   Across the bottom, and it was on sash and frame in

16

1    the majority of the windows, the contact of the wood to the

2    glass area was rotting.  The windows that we opened up, the

3    sash was rotting.  All of the wood on the bottom and coming

4    up the sides of the sash was also rotting.  Fixed windows,

5    there was no way to determine how far it had gone.  We could

6    not open those, but the rotting was also taking place on --

7    on the frames on the lower portions of the windows.

8        Q.   Did you take apart any of the windows to inspect

9    them?

10       A.   I did not take anything apart.  Unlocked and opened

11   only.  Did not cut any windows apart.  Did not take any --

12   any screws out of any windows or disassemble any parts of the

13   window, other than unlocking and opening.

14       Q.   Did Mr. Glover show you any windows that he may have

15   had in his basement, or elsewhere, that had been removed from

16   the frames and that he had disassembled or taken apart in any

17   way?

18       A.   Not taken apart at that time, no.

19       Q.   What did he show you about the windows that he did

20   have?

21       A.   He had a -- a section of -- a set of windows -- a

22   set of sash that he had taken out that had rotted, and he

23   showed me the -- what would be the bottom of the sash where

24   the rotting was taking place.  All the way around the edge of

25   the sash, mainly on the rail.  It would start to come up the

1    style of the sash a little bit, but it was mainly on the

2    rail.  And he showed me numerous sash that he had done, and

3    had them separated as to this was done first, and new ones

4    were put in.  This is a set that was my second set that was

5    to replace those.  So some of the windows he had replaced a

6    couple times.  And some he had only replaced once, and all

7    the windows that I looked at in the house, they needed

8    replaced.  Whether it would have been the first time or

9    second time, I did not know that.  So he had been doing this

10    twice on some of the windows.

11        Q.   So it was your understanding that some of the

12    windows had actually been replaced twice?

13        A.   Yes.  Yes.

14        Q.   Do you know about how many?

15        A.   I -- he would have those numbers.  I was not

16    interested in that.  My job was there to give them an

17    estimate on what they wanted.  I mean, they -- that's what my

18    position was when I went to their house.  I mean, I didn't

19    really want to get involved in anything more than that.  I

20    was there to give them a quote on windows.

21        Q.   Did you provide the Glovers with any explanation as

22    to why the wood that you identified was rotting?

23        A.   We have that ourselves in our windows of some

24    vintages occasionally, so I am quite familiar with seal

25    failure.  So I said, this looks like it has failed, the

1    ability to keep the water out, and it needs replaced.  I

2    don't think I would have been there if there wasn't a problem

3    like that.

4        Q.    Did you give any other explanation to the Glovers,

5    other than seal failure, for the rotting?

6        A.    Not without going ahead and cutting something open

7    diagonally and, you know, doing some lab tests on it.  I did

8    not have that -- I did not have that -- the ability at that

9    time, or the tooling at that time, to go ahead and give them

10   anything else -- any other explanation.

11       Q.    In terms of the seal failure, that's the exterior

12   seal that you had previously described?

13       A.    That's -- that's what I saw, yes.

14       Q.    Now, in terms of your quotation, Exhibit A, it looks

15   like the quote is for a total amount of $44,363; is that

16   accurate?

17       A.    Yes.

18       Q.    Was that to replace all of the windows and doors in

19   the home as well as to install and remove the old ones?

20       A.    Yes, it was.  Under "Proposal Summary," we -- on the

21   same page --

22       Q.    Yes.

23       A.    -- we have, "Remove the existing window and door

24   units and install the Pella units.  Fully insulate and seal

25   around the window and door units.  Supply and install

1  interior casing and capping when applicable.  And clean and

2  haul away all the job-related debris."

3      Q.  Now, did these Pella windows have interior wood

4  cladding?

5      A.  Yes.

6      Q.  And outside vinyl cladding, I assume?

7      A.  Aluminum.  Pella manufactures with aluminum.  We

8  don't manufacture with wood.  So this is as close of a

9  product as I can offer to what is in the home now.  Because

10  we are wood -- there are no grills, the wood divider bars,

11  there are no shades, they are conventional flat screens.  So

12  everything is as close, apples to apples, in our product line

13  as what is in the home.  We do have different products, and

14  I'm sure Marvin does, too, but this is as close as I could

15  offer them a quote on.

16      Q.  Were these custom windows or were these standard

17  sizes?

18      A.  These are standard.

19      Q.  So they wouldn't have to have any special

20  customization of these?

21      A.  No.  No.

22      Q.  Now, Exhibit B, the six-page document, can you

23  describe for us what this is.

24      A.  Um-hum.  Exhibit A is very basic, where we are

25  giving a synopsis of what we're doing, 30 windows, two doors,

1    low E Argon, wood interior, white aluminum exterior, and

2    screens.  Then we go into Exhibit B, giving a room location

3    and stating what is going in there.  Whether it is an opening

4    window, a single opening window, a twin opening window, a

5    fixed window.  We're trying to give them a little bit of

6    detail per room so that you can see that we would be giving

7    them the same thing that is in there.  We're not changing any

8    openings.  Like the dining room has a Quantity 1, twin,

9    double-hung window, they both open.  So we're not changing

10   that to put transoms above it or doing anything different

11   than what is in the opening right now.

12        So as you go down through here, you can see that

13   every room is detailed with just a description as to, yes,

14   left-hinge and right-hinge casement, two casement windows

15   that open or just a single casement window.  Or a

16   center-hinged French door, because we could provide a

17   side-hinged double French door, but that is not what they

18   have in the home.  Then we get into -- okay.  In the living

19   room, they have a quantity of four trapezoids in their --

20   isn't it four -- yes, four trapezoids in that cathedral

21   ceiling wall, and those, of course, are fixed.  So that's

22   what -- Exhibit B is giving a detailed room location showing

23   that item per item we are providing them with what they have.

24        Q.   Did you evaluate the level of moisture or humidity

25   in the home?

1     A.   No, I did not.

2     Q.   Did you evaluate whether there was any air leakage

3  around or through the windows?

4     A.   No, I did not.

5     Q.   Were you asked to perform any testing of the windows

6  themselves in any way?

7     A.   No.

8     Q.   Now, I take it from your experience in the window

9  industry you're aware that condensation can occur on the

10  interior surface of windows?

11     A.   Certainly.

12     Q.   And that's not an unusual phenomenon?

13     A.   Not at all.  High humidity level in the house will

14  cause condensation certainly.

15     Q.   Certainly that condition is greater in the winter,

16  or heating months, when you have cold outside temperatures

17  and warmer inside temperatures?

18     A.   Certainly.

19     Q.   And the Pella windows that you were offering to the

20  Glovers, you could not guarantee that they would also not

21  have condensation on the interior, could you?

22     A.   If the humidity level is kept in check in the house,

23  and the windows are properly installed -- there are

24  guidelines for humidity levels to perform at an acceptable

25  level in every house under a decrease -- decreasing

1      graduating scale for the outside temperature and the
2      humidity.  So what humidity will show up on a window is in
3      direct proportion to what the outside temperature is.  And
4      that's on a scale.  That is published.  I don't have that
5      documentation with me.  I'm sure you do.
6          Q.   That's pretty standard in the industry?
7          A.   Yeah.  It's standard, yeah.  It's not published by
8      window manufacturing.  It's done by testing labs.
9          Q.   When you met with the Glovers, did they ask you any
10     questions about the ability of these Pella windows to
11     withstand or prevent condensation on the inside of the
12     surface?
13         A.   No.
14         Q.   Did they ask you any questions whatsoever about
15     humidity or condensation on the windows?
16         A.   No.
17         Q.   They were just interested in replacing the windows?
18         A.   Because of the failure of the windows that they had
19     in there, they wanted to replace those.
20         Q.   And they did not ask you to evaluate the cause of
21     that window failure, did they?
22         A.   No.  No.  I was there to provide them with a window
23     estimate.  Mr. Glover showing me the rotted sash and what was
24     going on was, you know, more information than I needed.
25         Q.   In your experience, you've seen rotted sashes on

1      other types of windows?

2          A.   Yes.

3               MR. HABAS:  I don't have any more questions.  While

4               we were taking your deposition, we did have the

5               disc that you provided to us downloaded so we could

6               obtain copies of those pictures.

7               THE WITNESS:  Sure.

8               MR. HABAS:  Bryan.

9

10                        CROSS-EXAMINATION

11     BY MR. FIFE:

12

13         Q.   Mr. Tyler, just to go back over some things real

14     quick.  You had a construction company, you indicated,

15     between '72 and '97?

16         A.   Yes.

17         Q.   What type of construction work did you do?

18         A.   I, at first, started doing remodeling, some roofing

19     and siding, and then I had blown-in insulation and

20     ventilation company as a sideline.  Then I was approached by

21     Pella Window to go ahead and become an installer.  They did

22     not have anybody in the area, and I was using some of their

23     product in some projects that I was doing, and I was

24     approached to go ahead and become an installer for Pella

25     windows.  And I became that -- the first one in the area, and

1    that consumed most of my work until I gave the business up in

2    '97.

3        Q.   So you've had experience in installing windows

4    during the time that you were in the construction business?

5        A.   Yes.

6        Q.   When you went to the Glover home and were looking at

7    the windows and whatnot, did there appear to be any problem

8    with the installation?

9        A.   Not that I could see at all.  Not where the problem

10   was happening.

11       Q.   I'm not a window expert so you're using some terms

12   that I just want to make sure that at least what I'm talking

13   about is exactly what you're talking about.  You talked about

14   the sash before.

15       A.   Um-hum.

16       Q.   What are we talking about, in particular -- when you

17   said the outside part you could tell that the sash had

18   failed, what are we looking at when you're describing that?

19       A.   The sash is the part of the window that, when you

20   unlock it, it will move to give you ventilation.  Whether it

21   moves up and down, out, out as an awning window -- it is the

22   moving part of the window that provides you with the ability

23   to have ventilation.

24       Q.   So it's the window itself?

25       A.   Yeah.  I don't think these -- I can't see through

1   the blind.  It is the moving part of the window that has the

2   glass and the immediate material around it, whether it be

3   wood, aluminum, vinyl.  It is that portion of the window

4   that, after unlocking the window, it will move in some

5   direction to let ventilation through.

6       Q.   You had indicated the sash had failed when you were

7   taking a look at these windows from the outside.

8       A.   That's where we could see that the water had

9   migrated through to go ahead and affect the wood to start it

10  to rot.

11      Q.   What wood are we talking about?

12      A.   They have a clad window on the outside and then wood

13  on the inside.

14      Q.   I'm just going to show you a picture of what --

15  these are pictures that the Glovers had shown us, and I'm not

16  asking you anything but just to identify.  Is this the wood

17  that you're referring to when you talk about --

18      A.   The wood, actually -- I bet this is this way because

19  that would set -- it could be either way.  The wood is --

20  this wood right in here, that -- that would be the sash, and

21  this would be frame material here.  So that would be the

22  sash.

23          MR. HABAS:  Just so we're clear, that's an interior

24          photograph?

25          THE WITNESS:  Yes, it is.  And this is all wood.

1          All this stained product we're seeing here is all

2          wood, and there is your glass, and there is frost.

3     Q.    You also just referred to something called a rail.

4     A.    If this is -- I can see the stamp on here, so this

5     must be taken this way.  I don't think somebody would turn

6     it, but that is awful wide at the bottom.  The rail is the

7     bottom portion of the window, and the style is the vertical

8     portion. Then you come up to another rail if it is the top of

9     the sash or the top of a double-hung window sash, that is --

10    Q.    Okay.  So we talk about the sash, we talk about the

11    area all the way around the window and then --

12    A.    And the glass.

13    Q.    And the glass.

14    A.    And whatever the covering is on the outside.

15    Q.    Okay.

16    A.    Your wood -- your immediate wood, your glass, and

17    whatever the covering is on the outside, be it aluminum,

18    vinyl.  It could be wood on the outside also.  There are

19    windows manufactured with wood on the outside.

20    Q.    So then the bottom part of the sash -- the top part

21    is considered the rail?

22    A.    The rail.

23    Q.    And the sides are considered the styles?

24    A.    Styles, yes.

25    Q.    All right.  And so, when you were looking at these

1    windows from the outside, it was your opinion at least that

2    the water was seeping in and that was what was causing the

3    damage that we're seeing on the inside of the window?

4        A.    Through -- by looking at a sash that we could look

5    at that opened, we could see that, you know, at the edge how

6    it had gotten in.  That's -- that's what we determined by

7    looking at either loose sash in the basement or installed

8    sash in a frame that we were able to unlock and open.

9        Q.    So you're saying you think that the water is

10   migrating from the outside and coming in contact with the

11   wood on the inside and that's what's causing the condition

12   that they're having with the windows?

13       A.    That is -- that is a lot of it, and I had not seen,

14   because I was not there in the heating season -- the windows

15   were dry, I did not see this condition.  This condition also

16   would add to that problem.

17       Q.    Now, when you say "this condition," you're referring

18   to the condensation?

19       A.    That's ice.

20       Q.    That's ice?

21       A.    Yeah.  That looks a lot more like -- that's ice.

22   That's not just condensation.  That's ice.

23       Q.    Is that on the inside or the outside?

24       A.    Yeah.  That's on the inside.  Yeah, that's ice.  I

25   had not seen these photographs.

1      Q.    With ice on the inside of the window, is that

2   typical of a window?   A normal window that's performing

3   properly?

4           MR. HABAS:   Objection to the form of the question.

5      Q.    You can answer.

6      A.    Okay.   No, it is not.   Ice on the inside is either a

7   thermal failure of the window not giving enough insulation

8   from the outside temperature to the inside temperature, it

9   could be -- excessive humidity in the house can cause

10  condensation and the build to an ice condition if

11  condensation is not kept in check.

12     Q.    When you say "kept in check," you mean --

13     A.    At an acceptable level to keep the condensation off

14  the window.   A condition like this, this much ice all the way

15  around a window, can be attributed to a failure of the glass

16  system to provide a high enough insulation value to prevent

17  this from happening.   It could be a failure -- I will not

18  mark on it, but I'd just like to point to it.   It could be a

19  failure here where glass and whatever the product is, wood,

20  vinyl, aluminum -- whatever the product is, there is a breach

21  of thermal efficiency there to let cold in and have a cold

22  surface where ice can form.   Condensation forms first, and

23  then ice forms as it just keeps building.   So there could be

24  a multitude of issues going on here with that bad of an ice

25  buildup on the inside of the glass.

1    Q.   When you had stated before -- you said that after

2    looking at the windows they warranted to be replaced, and is

3    that what you're referring to why you felt they needed to be

4    replaced?

5    A.   Yes.  Because of the damage that had been done to

6    the sash.  And then I also had seen some frames that the

7    damage had migrated in farther and got to the frame also not

8    just the sash.

9    Q.   Was this condition that you see, at least in that

10   photograph, and the condition you saw when you went to

11   inspect them, was that also found on the door as well?

12   A.   Yes.  On the center-hinge French door -- you do not

13   have any pictures of the doors?

14   Q.   I do not believe I have any pictures of the door.

15   A.   The door has the same perimeter around the glass,

16   and still called a style and a rail type of carpentry

17   terminology being used to describe it.  The rail on the

18   bottom was deteriorated and creeping up the style on each

19   side a little bit.

20   Q.   Okay.

21   A.   So we did have deterioration there, too.

22   Q.   I think you stated that when you were there

23   Mr. Glover had shown you some other sashes that he had

24   replaced.

25   A.   Yes.  He kept everything that was sent to him to

1    replace, and he kept the old product, which would be -- you

2    know, you'd see conditions like this.  He kept those in his

3    basement, yes.

4        Q.    They were the same condition that we see in that

5    picture there?

6        A.    Minus the ice, yes.

7        Q.    Just lastly, and I think you've already testified to

8    it, but I want to make sure we're clear, the estimate that

9    you've given with regards to the windows and the doors that

10    Pella can offer, those are pretty similar to the windows and

11    doors that they have in the house now?

12        A.    They are identical with no extra features or

13    fashions or no different screens.  We do have upgrades in

14    some of those areas, and this is not -- the wood is the same

15    on the inside.  We are clad on the outside, we don't happen

16    to manufacture with a composite or a vinyl exterior.  So our

17    exterior is clad in aluminum, but that is our cladding

18    through all of our lines.  So that is the product that I can

19    offer.

20        Q.    How long would it take to replace these windows?  If

21    they were to go ahead and do this, how long would it take?

22        A.    30 windows and two doors, approximately two -- a

23    little over two weeks.

24        Q.    Two weeks?

25        A.    Yes.

1    Q.   What's the process in terms of -- what do you have

2    to do in order to take the windows out and put the new

3    windows in?

4    A.   We have to take off the interior trim and take out

5    any shims that might be holding the window in, and it should

6    be -- through proper installation, they should be shimmed,

7    they should be stuffed with insulation.  Depending on the

8    exterior fastening system that might have been used with a

9    nailing fin or an incorporated J channel, or something like

10   that, our installers will have to remove those nails or cut

11   through that nailing fin to extract that window.  Usually

12   windows are not nailed down through the wood sill or through

13   the side styles with finish nails.  They are -- they are

14   installed with the nailing finish.  So we would need to re --

15   release that from the wall or cut it if it is behind the

16   siding, and we did not want to go ahead and strip the

17   house -- strip all the siding off the house.  That is very

18   time consuming, so --

19   Q.   You can take the windows out without taking off any

20   of the siding of the house?

21   A.   It can be done, yes, and it is done by our crews,

22   that's correct.  So there are a few different ways to do

23   window replacement.

24   Q.   Going back to the sash real quickly, and the

25   migration of the water you said on the edge.  Now, just

1    looking at that, and again, I'm not a window expert, but how

2    much of the window actually goes back into --

3        A.    How much of the glass?

4        Q.    The glass, I'm sorry.

5        A.    Anywhere between a half and three-quarters of an

6    inch, depending on the manufacturer -- depends on how far he

7    brings it in.  This piece of molding here at the edge could

8    be an interior glazing stop, and this looks to be about

9    five-eighths to three-quarters of an inch in height there.

10   So whether this glass goes all the way here or whether it

11   stops with some spacer or just some space around it for

12   expansion and contraction, I do not know.  Cutting this sash

13   at an angle would give me all that detail, or a unit section

14   in an architect digest manual by Marvin will give you that

15   information also.  Different manufacturers have different

16   techniques to go ahead and put a sash together.

17           MR. FIFE:  Those are all the questions I have.

18           Thank you.

19

20                    REDIRECT EXAMINATION

21   BY MR. HABAS:

22

23       Q.    Sir, just a follow-up.  Did Mr. Glover show you any

24   photographs when you went to the home that day?

25       A.    No.  I had everything here -- oh, excuse me.  Excuse

1    me.  Yes, he did show me a couple photographs.  Yes.  I do

2    remember, because we were at the kitchen table, and he

3    just -- after we had looked at everything, he just showed me

4    a couple photographs of the windows.

5        Q.    He wasn't asking for your comment on anything, he

6    just showed them to you?

7        A.    He was asking for an estimate.

8        Q.    That's what he was asking for?

9        A.    Yeah.  He said, what do you think happened.  I said,

10   well, they failed.  The product failed, and you're asking me

11   for an estimate to go ahead and see what we can do to replace

12   it for you.  So -- maybe --

13            MR. HABAS:  Thank you very much.

14

15                          RECROSS-EXAMINATION

16   BY MR. FIFE:

17

18       Q.    Just a follow-up real quick.  Pictures like the one

19   I'm showing you here with condensation on the windows, those

20   are the type of photographs he showed you?

21       A.    Yeah.  Because they built the house, and I do

22   remember him showing me some stage -- you know, from initial

23   construction of the house, and then he did have a couple

24   pictures like that.  So, yes, I -- that was a year ago.  I do

25   remember him bringing that photograph album out and there

1    were some pictures, you know, of that, yes.  Yes.  I do

2    remember seeing that now.

3        Q.   And your indication was, well, the sash had failed.

4    Did you at all state to him that that could be caused by

5    condensation?

6        A.   No.  No.  The house -- when I used to do humidity

7    checks in houses, it's not only the window, you'll have

8    corners of closets, corners of rooms, areas behind furniture

9    that might be up to a wall.  You'll have black mold, you'll

10   have problems like that in areas, and it becomes a very

11   unhealthy place to live.  You'll have those things going on.

12   I did not see that anywhere in the house, and I did have to

13   move some things to get at some windows -- I mean, the house

14   has a lot of large furniture in it, and we did have to move

15   some things for me to get my measurements, and I was not

16   seeing any of that in any of the corners.

17       As soon as I'm starting to see all the windows are

18   rotting, you know, my mind goes, you know, how can I help.

19   How can I -- if they do have a black mold problem or an

20   excessive condensation problem that they aren't keeping in

21   check, let's help them out because my window -- if I sell

22   this job and put my window in there, I don't want the same

23   thing to happen.  So I did not see any -- any black mold or

24   any excessive mold in any corners, behind furniture, closets.

25   I did not.

35

1          MR. FIFE:  Thank you.

2

3              FURTHER REDIRECT EXAMINATION

4     MR. HABAS:

5

6          Q.   Did you make any notations of your observations,

7     other than what you have already identified to us as your

8     notes and report?

9          A.   No -- my pictures.  Just the pictures and, like I

10    said, I did see -- he had the album he did show me.  Because

11    now I remember seeing a couple pictures with the ice buildup

12    like that on the inside, and I did see those pictures.

13         Q.   You said it was a one-time visit in June of '04?

14         A.   Yes.  I haven't been out to the house since.

15             MR. HABAS:  Okay.  Thank you very much.  Sir, you

16             have the opportunity to review the transcript and

17             make any corrections that you would like, or you

18             can waive that right.

19             THE WITNESS:  I'd like to review it.

20             MR. HABAS:  We will make those arrangements with

21             the court reporter.  You have 30 days in order to

22             send any corrections back to her.

23

24             (Deposition concluded at 12:28 p.m.)

25

**$**

$44,363
[1] 19:15

**'**

'04
[1] 36:13
'72
[2] 24:15
'97
[4] 3:25 44:24 45:25:2

**0**

04-209
[1] 1:4

**1**

1
[1] 21:8
1001
[2] 1:14 1:22
11:37
[1] 1:13
12:28
[1] 36:24
13
[1] 1:12
1400
[2] 1:15 1:22
16501
[2] 1:15 1:23
16506
[2] 1:19 3:13
1972
[1] 3:25

**2**

2004
[1] 8:14
2005
[1] 1:13
2222
[1] 1:19
24
[1] 8:14
26
[1] 3:20

**3**

30
[5] 7:18 3:20 25:1 22:36:
21

**6**

6/17
[4] 8:18 8:18 8:20 8:25
6/23
[3] 8:17 8:23 8:25
6/23/04
[1] 8:22
6/24
[1] 8:25
6/24/04
[2] 6:7 9:4
6110
[1] 3:13

**9**

9-year-old
[1] 12:15

**A**

A.....................6
[1] 2:11
A/k/a
[3] 16:16 17
Ability
[5] 14:14 19:1 19:8 23:10

Able
[4] 12:25 13:18 15:17 28:8
Acceptable
[2] 22:24 29:13
Accurate
[2] 10:20 19:16
Action
[1] 1:4
Active
[1] 9:24
Add
[1] 28:16
Affect
[1] 26:9
Ago
[2] 7:5 34:24
Ahead
[19] 6:16 7:15 8:7 9:20 9:
21 10:12 11:4 11:6 13:5 13:
20 19:6 19:9 24:21 24:24
26:9 3:1 21:36 31:6 31:
11
Air
[1] 2:2
Album
[2] 34:25 36:10
Allot
[1] 6:14
Almost
[1] 9:11
Aluminum
[7] 20:7 20:7:2 1:26 3:27:
17 29:20 31:17
Amount
[2] 6:15 19:15
Angle
[1] 33:13
Answer
[1] 29:5
Anyhow
[1] 7:5
Apart
[7] 13:3 13:4 17:8 17:10
17:11 17:16 17:18
Appear
[2] 5:25 25:7
Apples
[2] 20:12 20:12
Applicable
[1] 20:1
Appointment
[3] 6:15 8:18 8:19
Approached
[2] 24:20 24:24
Architect
[1] 33:14
Area
[6] 3:23 14:24 17:2 24:22
24:25 27:11
Areas
[4] 12:7 14:14 35:8 35:10
Argon
[1] 21:1
Arrangements
[1] 36:20
Assume
[1] 20:6
Attributed
[1] 29:15
Aware
[1] 2:29
Awful
[1] 27:6
Awning
[1] 25:21

**B**

B.....................6
[1] 2:12
Bad

Barb
[1] 6:12
Barb's
[1] 7:6
Barbara
[2] 1:2 7:25
Bars
[1] 20:10
Basement
[5] 7:11 11:22 17:15 28:7
31:3
Basic
[1] 20:24
Became
[2] 5:1 24:25
Become
[2] 24:21 24:24
Becomes
[1] 35:10
Bedford
[1] 4:10
Behalf
[1] 6:7
Behind
[3] 32:15 35:8 35:24
Bet
[1] 26:18
Between
[4] 9:11 15:1 24:15 33:5
Bit
[3] 18:1 21:5 30:19
Black
[5] 1:11 1:24 35:9 35:19
35:23
Blind
[1] 26:1
Blown
[1] 24:19
Blown-in
[1] 24:19
Bottom
[7] 16:25 17:3 17:23 27:6
27:7 27:20 30:18
Boulevard
[1] 1:19
Breach
[2] 14:14 29:20
Breached
[1] 13:7
Bring
[1] 5:15
Bringing
[1] 34:25
Brings
[1] 33:7
Brought
[1] 9:6
Bryan
[5] 1:2 1:18 6:21 7:10 24:8
Build
[1] 29:10
Building
[1] 29:23
Buildup
[2] 29:25 36:11
Built
[1] 34:21
Buseck
[1] 1:18
Business
[5] 3:20 4:19 9:15 25:1 25:
4
Businesses
[1] 5:6
Butch
[2] 3:10 3:11

**C**

Cannot

Capping
[1] 20:1
Captured
[2] 15:15 15:16
Career
[1] 11:8
Carpenter
[1] 3:19
Carpentry
[1] 30:16
Casement
[3] 21:14 21:14 21:15
Casing
[1] 20:1
Cathedral
[1] 21:20
Caused
[1] 35:4
Causing
[3] 12:23 28:2 28:11
CEDAR
[1] 1:6
Ceiling
[1] 21:21
Center
[1] 21:16
Center-hinge
[1] 30:12
Center-hinged
[1] 21:16
Certainly
[5] 6:5 22:11 22:14 22:15
22:18
Certifications
[2] 3:18 3:21
Certified
[1] 3:22
Changed
[1] 4:21
Changing
[2] 21:7 21:9
Channel
[1] 32:9
Characterize
[1] 5:20
Check
[4] 22:22 29:11 29:12 35:21
Checks
[1] 35:7
Circumstances
[1] 6:10
Civil
[1] 1:4
Clad
[3] 26:12 31:15 31:17
Cladding
[7] 14:15 14:20 14:21 15:
14 20:4 20:6 31:17
Cladding-to-glass
[1] 14:21
Clean
[1] 20:1
Clear
[3] 10:2 26:23 31:8
Close
[3] 20:8 20:12 20:14
Closed
[2] 3:25 14:3
Closets
[2] 35:8 35:24
Cold
[3] 22:16 29:21 29:21
Coleman
[2] 1:14 1:22
College
[1] 3:15
Coming
[3] 13:1 17:3 28:10
Commencing

**Comment**
[1] 34:5
**Common**
[1] 9:15
**Commonwealth**
[1] 1:12
**Company**
[6] 1:7 4:13 9:12 10:14 24:14 24:20
**Competition**
[1] 5:11
**Composite**
[1] 31:16
**Computer**
[1] 9:7
**Computers**
[1] 8:20
**Concerning**
[1] 5:16
**Concluded**
[1] 36:24
**Condensation**
[14] 22:9 22:14 22:21 23:11 23:15 28:18 28:22 29:10 29:11 29:13 29:22 34:19 35:5 35:20
**Condition**
[16] 7:9 10:6 10:8 10:23 11:15 16:19 22:15 28:11 28:15 28:15 28:17 29:10 29:14 30:9 30:10 31:4
**Conditions**
[1] 31:2
**Considered**
[2] 27:21 27:23
**Construction**
[6] 3:20 3:24 24:14 24:17 25:4 34:23
**Consumed**
[1] 25:1
**Consuming**
[1] 32:18
**Contact**
[5] 12:7 12:8 14:21 17:1 28:10
**Continue**
[1] 7:19
**Contraction**
[1] 33:12
**Contractor**
[1] 3:23
**Conventional**
[1] 20:11
**Conversations**
[1] 9:5
**Copies**
[3] 5:17 6:4 24:6
**Corners**
[4] 35:8 35:8 35:16 35:24
**Correct**
[6] 5:25 6:8 6:9 10:24 13:23 32:22
**Corrections**
[2] 36:17 36:22
**Cost**
[2] 10:14 10:19
**Couple**
[13] 7:1 8:3 9:10 9:18 9:23 12:21 13:15 16:18 18:6 34:1 34:4 34:23 36:11
**Course**
[1] 21:21
**Court**
[3] 1:1 3:8 36:21
**Covering**
[2] 27:14 27:17
**CPC**
[1] 3:22
**Crank**
[1] 12:6
**Created**

**Creeping**
[1] 30:18
**Crews**
[1] 32:21
**Cross-Examination**
[2] 2:5 24:10
**Custom**
[1] 20:16
**Customer**
[1] 6:16
**Customization**
[1] 20:20
**Cut**
[7] 13:2 13:4 13:5 13:6 17:11 32:10 32:15
**Cutting**
[3] 15:7 19:6 33:12

**D**

**Damage**
[5] 7:10 15:13 28:3 30:5 30:7
**Date**
[4] 8:15 8:16 8:21 8:22
**Dated**
[1] 6:7
**Dates**
[2] 8:24 9:10
**Days**
[1] 36:21
**Debris**
[1] 20:2
**Decided**
[2] 10:3 10:6
**Decrease**
[1] 22:25
**Decreasing**
[1] 22:25
**Defects**
[1] 12:13
**Defendants**
[2] 1:8 1:20
**Dennehey**
[2] 1:14 1:22
**Deposition**
[7] 1:10 2:11 2:12 5:19 6:1 24:4 36:24
**Describe**
[3] 14:13 20:23 30:17
**Described**
[1] 19:12
**Describing**
[1] 25:18
**Description**
[1] 21:13
**Detail**
[2] 21:6 33:13
**Detailed**
[2] 21:13 21:22
**Deteriorate**
[1] 12:24
**Deteriorated**
[1] 30:18
**Deterioration**
[1] 30:21
**Determine**
[3] 12:25 13:4 17:5
**Determined**
[1] 28:6
**Diagonally**
[2] 13:6 19:7
**Different**
[7] 8:5 20:13 21:10 31:13 32:22 33:15 33:15
**Digest**
[1] 33:14
**Dining**
[1] 21:8
**Direct**

**Direction**
[2] 10:13 26:5
**Disassemble**
[1] 17:12
**Disassembled**
[2] 11:22 17:16
**Disc**
[2] 15:18 24:5
**Discussion**
[1] 13:11
**DISTRICT**
[2] 1:1 1:1
**Divider**
[1] 20:10
**Document**
[2] 5:25 20:22
**Documentation**
[1] 23:5
**Documents**
[2] 5:15 5:17
**Done**
[7] 7:10 18:2 18:3 23:8 30:5 32:21 32:21
**Door**
[9] 6:23 19:23 19:25 21:16 21:17 30:11 30:12 30:14 30:15
**Doors**
[15] 1:5 5:9 5:12 6:14 7:1 8:3 11:8 16:18 16:18 19:18 20:25 30:13 31:9 31:11 31:22
**Double**
[3] 21:9 21:17 27:9
**Double-hung**
[2] 21:9 27:9
**Down**
[5] 7:10 7:19 21:12 25:21 32:12
**Downloaded**
[1] 24:5
**Dropped**
[1] 7:6
**Dry**
[1] 28:15
**Due**
[1] 4:1
**Duly**
[1] 3:2
**During**
[1] 25:4

**E**

**Earliest**
[1] 8:21
**Easily**
[1] 8:6
**Edge**
[6] 12:21 15:12 17:24 28:5 32:25 33:7
**Edinboro**
[1] 6:8
**Education**
[2] 3:14 3:18
**Efficiency**
[1] 29:21
**Eight**
[1] 4:3
**Eighths**
[1] 33:9
**Either**
[8] 5:12 7:5 8:10 9:8 12:13 26:19 28:7 29:6
**Elsewhere**
[1] 17:15
**Employment**
[1] 5:2
**Engineering**
[1] 3:17
**Entire**

**Entry**
[2] 4:20 4:23
**Erie**
[7] 1:4 1:15 1:19 1:23 3:13 3:23 8:12
**Esquire**
[2] 1:18 1:21
**Estimate**
[19] 5:20 6:7 6:11 6:13 6:18 7:15 7:21 7:22 8:2 8:3 10:11 10:19 11:3 16:18 18:17 23:23 31:8 34:7 34:11
**Estimating**
[1] 6:14
**Evaluate**
[6] 10:23 11:3 11:13 21:24 22:2 23:20
**Exact**
[1] 8:24
**Exactly**
[1] 25:13
**Examination**
[6] 2:4 2:6 2:8 3:4 33:20 36:3
**Excessive**
[3] 29:9 35:20 35:24
**Excuse**
[2] 33:25 33:25
**Exhibit**
[10] 2:11 2:12 5:23 6:6 9:4 19:14 20:22 20:24 21:2 21:22
**Exhibits**
[3] 2:10 5:19 6:1
**Existing**
[1] 19:23
**Expansion**
[1] 33:12
**Experience**
[4] 5:8 22:8 23:25 25:3
**Expert**
[3] 11:7 25:11 33:1
**Explanation**
[3] 18:21 19:4 19:10
**Exterior**
[10] 13:9 14:25 15:2 15:11 15:14 15:11 21:1 31:16 31:17 32:8
**Extra**
[1] 31:12
**Extract**
[1] 32:11

**F**

**Failed**
[9] 7:12 7:13 13:16 18:25 25:18 26:6 34:10 34:10 35:3
**Failing**
[2] 7:18 7:18
**Failure**
[15] 12:14 12:18 14:13 14:18 14:24 15:10 18:25 19:5 19:11 23:8 23:21 29:7 29:15 29:17 29:19
**Fair**
[2] 5:20 6:16
**Familiar**
[2] 8:4 18:24
**Far**
[2] 17:5 33:6
**Fashions**
[1] 31:13
**Fastening**
[1] 32:8
**Faxed**
[3] 7:4 7:5 7:5
**Features**
[1] 31:12
**Felt**
[1] 30:3
**Ferguson**

[1] 1:25
Few
[1] 32:2
Fife
[5] 1:18 24:11 33:17 34:16 36:1
Fife ............................24
[1] 2:5
Fife ............................34
[1] 2:7
Filed
[1] 32:1
Fin
[2] 33:9 32:11
Finish
[2] 32:13 32:14
Firms
[1] 8:5
First
[12] 3:13 23:5 19:5 23:6 6:11 1:7 14:7 13:3 13:8 2:1 18:24 25:2 9:2
Five
[2] 5:3 13:9
Five-eighths
[1] 33:9
Fixed
[4] 11:4 17:4 21:5 21:21
Flat
[1] 20:11
Follow
[5] 9:13 9:16 9:18 23:23 34:18
Follow-up
[4] 9:16 9:18 23:23 34:18
Follows
[1] 3:2
Form
[2] 29:4 29:22
Forms
[2] 29:22 29:23
Forth
[1] 5:16
Four
[4] 9:11 21:19 21:20 21:20
Frame
[12] 10:9 12:1 12:1 12:7 12:10 12:13 15:20 16:2 16:2 25:2 25:2 28:2 30:7
Frames
[6] 11:2 14:15 23:16 21:17 7 17:16 30:6
Franchise
[2] 4:8 4:10
French
[3] 2:1 16:2 17:3 30:12
Front
[1] 6:4
Frost
[1] 27:2
Full
[4] 37:4 6:4 25:5 1
Full-time
[3] 4:6 4:6 25:5 1
Fully
[1] 19:24
Furnish
[2] 9:9 9:12
Furnished
[1] 7:12
Furniture
[3] 35:8 35:14 35:24

**G**

Gannon
[1] 3:15
Given
[1] 31:9
Glass
[18] 14:16 14:21 16:1 17:2 26:2 27:2 27:12 27:13 27:...

[1] 1:25
[...] 19:23 19:24 33:3 33:4 33:10
Glazing
[1] 33:8
Glover
[14] 1:2 1:3 6:12 6:21 7: 25:8 13:11 12:10 13:11 1:6 4 17:14 23:23 25:6 30:2 33: 23
Glovers
[11] 5:16 6:7 8:9 8:12 9:5 10:3 18:21 19:4 22:20 23:9 26:15
Glovers'
[1] 10:19
Goggin
[2] 1:14 1:22
Graduating
[1] 23:1
Grandview
[1] 1:19
Greater
[2] 22:15
Grills
[1] 20:10
Guarantee
[1] 22:20
Guess
[1] 10:16
Guidelines
[1] 22:24

**H**

Habas
[11] 1:21 3:5 24:3 24:8 26: 23:9 4 33:21 34:13 36:4 36:15 36:20
Habas .........................3
[1] 2:4
Habas .........................33
[1] 2:6
Habas .............36
[1] 2:8
Half
[1] 33:5
Hannah
[1] 7:7
Haul
[1] 20:2
Heating
[2] 22:16 28:14
Height
[1] 33:9
Heights
[1] 4:10
Held
[3] 4:18 4:24 5:2
Help
[3] 7:17 35:18 35:21
High
[2] 22:13 23:16
Highest
[1] 3:14
Hinge
[2] 21:14 21:14
Hinged
[2] 21:16 21:17
Holding
[1] 32:5
Holdback
[1] 1:25
Home
[15] 6:8 6:25 8:13 10:19 11:2 11:20 11:23 13:9 19: 19:20 20:13 21:18 21:25 25:6 33:24
House
[28] 6:13 6:20 6:22 6:23 9: 23:11 12:1 11:16 11:18 15:20 16:17 16:17 16:22 18:7 18: 18:22 22:22 22:25 29:9 31:11 32:17 32:17 32:20 34:

36:14
Houses
[1] 35:7
Howard
[1] 7:6
Hum
[3] 3:19 20:24 25:15
Humidity
[9] 21:24 22:13 22:22 22: 24 23:2 23:2 23:15 29:9 35: 6
Hung
[2] 21:9 27:9
Husband
[1] 1:3

**I**

Ice
[14] 28:19 28:20 28:21 28: 22 28:24 29:1 29:6 29:10 29:14 29:22 29:23 29:24 31: 6 36:11
Idea
[1] 12:10
Identical
[1] 31:12
Identification
[1] 6:2
Identified
[5] 5:24 9:4 14:23 18:22 36:7
Identify
[4] 15:3 15:17 15:22 26:16
Immediate
[2] 26:2 27:16
Inc
[1] 1:18
Inch
[2] 33:6 33:9
Incorporated
[1] 32:9
Indicated
[2] 24:14 26:6
Indication
[1] 35:3
Industry
[2] 22:9 23:6
Information
[6] 6:17 7:2 8:23 9:10 23: 24 33:15
Initial
[1] 34:22
Injuries
[1] 4:1
Inside
[23] 4:20 4:22 4:25 12:7 12:23 13:25 14:10 16:12 16: 20 16:23 22:17 23:11 26:13 28:3 28:11 28:23 28:24 29: 1 29:6 29:8 29:25 31:15 36: 12
Inspect
[3] 11:20 17:8 30:11
Inspecting
[2] 12:3 15:24
Install
[3] 19:19 19:24 19:25
Installation
[2] 25:8 32:6
Installed
[3] 32:2 28:7 32:14
Installer
[2] 24:21 24:24
Installers
[1] 32:10
Installing
[1] 25:3
Insulate
[1] 19:24
Insulation
[4] 24:19 29:7 29:16 32:7

Integrity
[2] 5:8 5:13
Interested
[3] 8:7 18:16 23:17
Interior
[9] 14:25 20:1 20:3 21:1 22:10 22:21 26:23 32:4 33:8
Involved
[2] 5:5 18:19
Issues
[1] 29:24
Item
[3] 6:6 21:23 21:23
Itself
[2] 11:21 25:24

**J**

Jay
[1] 1:21
Job
[3] 18:16 20:2 35:22
Job-related
[1] 20:2
Juncture
[1] 15:13
June
[3] 1:12 8:14 36:13

**K**

Keep
[8] 7:14 9:16 13:19 14:14 14:16 14:20 19:1 29:13
Keeping
[1] 35:20
Keeps
[1] 29:23
Kept
[7] 13:14 22:22 29:11 29: 12 30:25 31:1 31:2
Kid
[1] 12:15
Kitchen
[1] 34:2
Kroto
[1] 1:18

**L**

Lab
[1] 19:7
Labs
[1] 23:8
Laptop
[1] 7:1
Large
[1] 35:14
Last
[2] 3:8 5:3
Lastly
[1] 31:7
Lawsuits
[1] 5:5
Laying
[1] 11:22
Leakage
[1] 22:2
Least
[3] 25:12 28:1 30:9
Leemhuis
[1] 1:18
Left
[1] 21:14
Left-hinge
[1] 21:14
Leroy
[1] 3:9
Level
[6] 3:14 21:24 22:13 22:22 22:25 29:13
Levels
[1] 22:24

**Lifer**
[1] 8:12
**Line**
[1] 20:12
**Lines**
[1] 31:18
**Live**
[2] 3:12 35:11
**Living**
[2] 10:8 21:18
**Local**
[1] 4:8
**Locally**
[1] 4:9
**Location**
[2] 21:2 21:22
**Logics**
[1] 9:7
**Look**
[13] 8:20 9:9 10:22 12:6
12:9 12:9 12:10 14:1 14:2
15:6 15:8 26:7 28:4
**Looked**
[5] 12:2 12:12 16:16 18:7
34:3
**Looking**
[14] 12:4 13:22 13:24 14:4
14:4 15:4 15:12 25:6 25:18
27:25 28:4 28:7 30:2 33:1
**Looks**
[5] 6:6 18:25 19:14 28:21
33:8
**Loose**
[3] 11:22 15:20 28:7
**Looseness**
[3] 15:22 15:23 16:2
**Low**
[1] 21:1
**Lower**
[2] 16:13 17:7
**LUMBER**
[1] 1:6

**M**

**Majority**
[1] 17:1
**Manual**
[1] 33:14
**Manufacture**
[2] 20:8 31:16
**Manufactured**
[1] 27:19
**Manufacturer**
[1] 33:6
**Manufacturers**
[1] 33:15
**Manufactures**
[1] 20:7
**Manufacturing**
[1] 23:8
**Mark**
[3] 5:18 5:23 29:18
**Marked**
[1] 6:1
**Marshall**
[2] 1:14 1:22
**Marvin**
[8] 1:5 1:6 1:6 1:7 5:8 5:
13 20:14 33:14
**Material**
[4] 14:16 14:22 26:2 26:21
**Matter**
[3] 7:20 7:23 10:10
**Mean**
[14] 5:10 7:20 8:11 9:13
11:5 11:8 12:16 13:17 14:4
14:13 18:17 18:18 29:12 35:
13
**Measured**
[2] 6:22 11:17
**Measurements**

**Mechanical**
[1] 3:17
**Meet**
[1] 6:20
**Mervin**
[3] 1:10 2:3 3:9
**Met**
[2] 8:13 23:9
**Might**
[5] 11:21 14:16 32:5 32:8
35:9
**Migrated**
[4] 12:22 14:10 26:9 30:7
**Migrating**
[2] 13:6 28:10
**Migration**
[1] 32:25
**Mind**
[1] 35:18
**Minus**
[1] 31:6
**Moisture**
[1] 21:24
**Mold**
[4] 35:9 35:19 35:23 35:24
**Molding**
[1] 33:7
**Monday**
[1] 1:12
**Money**
[5] 9:14 9:21 9:25 10:1 10:
10
**Moneys**
[3] 7:17 9:20 9:22
**Months**
[2] 9:11 22:16
**Most**
[1] 25:1
**Move**
[4] 25:20 26:4 35:13 35:14
**Moved**
[1] 16:5
**Moves**
[1] 25:21
**Moving**
[2] 25:22 26:1
**Multitude**
[1] 29:24
**Must**
[1] 27:5

**N**

**Nailed**
[1] 32:12
**Nailing**
[3] 32:9 32:11 32:14
**Nails**
[2] 32:10 32:13
**Name**
[3] 3:7 3:8 3:20
**Nature**
[1] 15:3
**Need**
[7] 6:17 8:20 9:22 9:24 10:
9 13:5 32:14
**Needed**
[5] 8:3 10:11 18:7 23:24
30:3
**Needs**
[1] 19:1
**Never**
[3] 9:23 11:16 11:16
**New**
[2] 18:3 32:2
**Next**
[1] 14:22
**Nickname**
[1] 3:9
**Normal**

**Notary**
[1] 1:11
**Notations**
[1] 36:6
**Notes**
[1] 36:8
**Nothing**
[4] 7:21 9:19 12:16 13:17
**Numbers**
[1] 18:15
**Numerous**
[1] 18:2

**O**

**Objection**
[1] 29:4
**Observations**
[2] 16:7 36:6
**Observe**
[3] 12:18 16:11 16:23
**Obtain**
[1] 24:6
**Obtained**
[1] 5:18
**Occasionally**
[1] 18:24
**Occur**
[1] 22:9
**Occurred**
[1] 15:13
**Offer**
[5] 10:14 20:9 20:15 31:10
31:19
**Offering**
[1] 22:19
**Office**
[3] 6:12 7:3 9:9
**Offices**
[1] 1:13
**Ohio**
[1] 4:10
**Old**
[2] 19:19 31:1
**Once**
[1] 18:6
**One**
[13] 3:15 3:23 5:19 5:19 8:
6 8:17 11:23 13:4 15:12 15:
16 24:25 34:18 36:13
**One-page**
[1] 5:19
**One-time**
[1] 36:13
**Ones**
[2] 18:3 19:19
**Open**
[6] 12:5 17:6 19:6 21:9 21:
15 28:8
**Opened**
[5] 11:25 14:1 17:2 17:10
28:5
**Opening**
[6] 12:1 17:13 21:3 21:4
21:4 21:11
**Openings**
[1] 21:8
**Operate**
[1] 3:24
**Opinion**
[3] 11:7 11:9 28:1
**Opportunity**
[2] 11:19 36:16
**Order**
[4] 4:20 4:23 32:2 36:21
**Ourselves**
[1] 18:23
**Outside**
[29] 4:12 4:15 5:1 12:9 12:
10 12:12 12:19 13:23 13:24
14:2 14:6 14:9 16:8 20:6

14:15 25:17 26:7
26:12 27:14 27:17 27:18 27:
19 28:1 28:10 28:23 29:8
31:15
**Own**
[1] 3:19
**Owned**
[1] 4:9
**Owner**
[1] 4:8

**P**

**Page**
[4] 5:19 5:25 19:21 20:22
**Paperwork**
[1] 8:16
**Part**
[7] 4:20 25:17 25:19 25:22
26:1 27:20 27:20
**Part-time**
[1] 4:20
**Particular**
[1] 25:16
**Parts**
[1] 17:12
**Passing**
[2] 14:15 14:17
**Past**
[2] 14:20 14:21
**Path**
[1] 7:19
**Pella**
[13] 3:22 3:22 4:2 4:11 11:
10 19:24 20:3 20:7 22:19
23:10 24:21 24:24 31:10
**Pennsylvania**
[3] 1:1 1:12 1:15
**Per**
[3] 7:3 21:6 21:23
**Perform**
[2] 22:5 22:24
**Performing**
[1] 29:2
**Perimeter**
[1] 30:15
**Permit**
[1] 9:7
**Personal**
[1] 3:25
**Personally**
[1] 8:10
**Phenomenon**
[1] 22:12
**Phone**
[5] 6:12 9:10 9:16 9:18 9:
23
**Photograph**
[6] 15:16 15:17 15:19 26:
24 30:10 34:25
**Photographs**
[6] 15:15 28:25 33:24 34:1
34:4 34:20
**Picture**
[2] 26:14 31:5
**Pictures**
[14] 12:20 12:21 15:12 24:
6 26:15 30:13 30:14 34:18
34:24 35:1 36:9 36:9 36:11
36:12
**Piece**
[1] 33:7
**Place**
[4] 12:17 17:6 17:24 35:11
**Plaintiffs**
[2] 1:3 1:17
**PM**
[1] 36:24
**Point**
[4] 14:17 14:21 15:1 29:18
**Portion**
[4] 16:13 26:3 27:7 27:8
**Portions**

**Position**
[6] 4:6 4:11 4:14 4:16 4:
21 18:18
**Positions**
[4] 4:13 4:18 4:24 5:2
**Preliminary**
[1] 8:16
**Prepared**
[1] 7:3
**Preparing**
[1] 8:25
**Prequalify**
[1] 6:19
**Present**
[3] 4:4 4:5 4:14
**Press**
[1] 16:1
**Pretty**
[3] 7:4 23:6 31:10
**Prevent**
[2] 23:11 29:16
**Previously**
[2] 5:18 19:12
**Problem**
[8] 11:4 11:11 19:2 25:7
25:9 28:16 35:19 35:20
**Problems**
[1] 35:10
**Process**
[2] 12:3 32:1
**Product**
[15] 7:18 7:24 8:4 8:7 8:8
15:6 20:9 20:12 24:23 27:1
29:19 29:20 31:1 31:18 34:
10
**Products**
[3] 1:7 15:5 20:13
**Professionally**
[1] 8:10
**Program**
[3] 3:22 8:19 9:7
**Project**
[2] 9:20 10:1
**Projects**
[1] 24:23
**Proper**
[1] 32:6
**Properly**
[2] 22:23 29:3
**Proportion**
[1] 23:3
**Proposal**
[3] 5:24 6:7 19:20
**Provide**
[4] 18:21 21:16 23:22 29:16
**Provided**
[2] 5:17 24:5
**Provides**
[2] 5:22
**Providing**
[1] 21:23
**Public**
[1] 1:11
**Published**
[2] 23:4 23:7
**Put**
[6] 7:13 18:4 21:10 32:2
33:16 35:22
**Putting**
[1] 7:23

**Q**

**Quantity**
[2] 21:8 21:19
**Quarters**
[2] 33:5 33:9
**Questions**
[4] 23:10 23:14 24:3 33:17
**Quick**
[2] 24:14 34:18

**Quickly**
[1] 32:24
**Quinn**
[1] 1:18
**Quite**
[1] 18:24
**Quotation**
[1] 19:14
**Quote**
[11] 6:25 7:3 8:24 9:3 9:
13 10:5 11:10 11:13 18:20
19:15 20:15
**Quoting**
[1] 4:22 9:16

**R**

**Rail**
[9] 17:25 18:2 27:3 27:6
27:8 27:21 27:22 30:16 30:
17
**Re**
[1] 32:14
**Readily**
[1] 15:17
**Real**
[3] 24:13 32:24 34:18
**Really**
[1] 18:19
**Realtor**
[1] 8:4
**Realty**
[1] 8:5
**Reason**
[4] 8:1 11:1 11:5 11:14
**Recross-Examination**
[2] 2:7 34:15
**Redirect**
[4] 2:6 2:8 33:20 36:3
**Referred**
[1] 27:3
**Referring**
[3] 26:17 28:17 30:3
**Reflect**
[1] 8:22
**Regards**
[1] 31:9
**Reimbursed**
[1] 10:1
**Related**
[1] 20:2
**Relationship**
[1] 8:9
**Release**
[1] 32:15
**Remainder**
[1] 14:2
**Remember**
[5] 34:2 34:22 34:25 35:2
36:11
**Remodeling**
[1] 24:18
**Remove**
[4] 11:25 19:19 19:23 32:10
**Removed**
[1] 17:15
**Replace**
[9] 7:15 10:3 10:19 18:5
19:18 23:19 31:1 31:20 34:
11
**Replaced**
[13] 6:24 7:9 7:12 10:7 13:
14 18:5 18:6 18:8 18:12 19:
1 30:2 30:4 30:24
**Replacement**
[3] 8:8 10:12 32:23
**Replacing**
[2] 13:19 23:17
**Report**
[1] 36:8
**Reported**
[1] 1:24

**Repeated**
[2] 3:8 36:21
**Reporting**
[1] 1:25
**Request**
[1] 7:4
**Requested**
[1] 6:13
**Required**
[1] 9:12
**Review**
[2] 36:16 36:19
**Revisited**
[1] 9:23
**Right-hinge**
[1] 21:14
**Road**
[1] 3:13
**Rocket**
[1] 12:16
**Roofing**
[1] 24:18
**Room**
[6] 21:2 21:6 21:8 21:13
21:19 21:22
**Rooms**
[1] 35:8
**Rot**
[1] 26:10
**Rotted**
[3] 17:22 23:23 23:25
**Rotting**
[10] 16:14 16:20 17:2 17:3
17:4 17:6 17:24 18:22 19:5
35:18
**Rough**
[1] 12:1
**Route**
[1] 13:20
**Rubber**
[1] 15:8

**S**

**Sales**
[6] 4:12 4:15 4:22 4:25 5:
1 9:7
**Sash**
[50] 7:11 7:13 11:25 12:8
12:8 12:9 12:13 12:14 12:
14 12:21 12:23 13:2 13:3
13:5 13:10 13:13 14:4 14:
10 14:14 15:19 15:20 16:16
16:25 17:3 17:4 17:22 17:
23 17:25 18:1 18:2 23:23
25:14 25:17 25:19 26:6 26:
20 26:22 27:9 27:9 27:10
27:20 28:4 28:7 28:8 30:6
30:8 32:24 33:12 33:16 35:3
**Sashes**
[2] 23:25 30:23
**Sat**
[1] 8:6
**Saw**
[4] 11:16 15:2 19:13 30:10
**Scale**
[2] 23:1 23:4
**Science**
[1] 12:16
**Screens**
[3] 20:11 21:2 31:13
**Screws**
[1] 17:12
**Seal**
[13] 12:14 12:18 14:13 14:
18 14:19 14:23 15:3 15:10
18:24 19:5 19:11 19:12 19:
24
**Season**
[1] 28:14
**Second**
[2] 18:4 18:9
**Section**

**See**
[29] 3:10 8:16 10:8 11:20
12:13 12:16 13:5 13:7 14:3
14:9 15:25 16:1 21:6 21:12
25:9 25:25 26:8 27:4 28:5
28:15 30:9 31:2 31:4 34:11
35:12 35:17 35:23 36:10 36:
12
**Seeing**
[5] 27:1 28:3 35:2 35:16
36:11
**Seeping**
[1] 28:2
**Sell**
[1] 35:21
**Seminars**
[2] 8:5 8:6
**Send**
[1] 36:22
**Sending**
[1] 13:19
**Sense**
[1] 9:15
**Sent**
[2] 7:18 30:25
**Separated**
[1] 18:3
**Set**
[7] 5:16 6:15 17:21 17:22
18:4 18:4 26:19
**Sets**
[1] 13:15
**Shades**
[1] 20:11
**Shimmed**
[1] 32:6
**Shims**
[1] 32:5
**Shot**
[1] 13:17
**Show**
[8] 12:20 17:14 17:19 23:7
26:14 33:23 34:1 36:10
**Showed**
[6] 7:11 17:23 18:2 34:3
34:6 34:20
**Showing**
[8] 12:21 13:13 13:14 13:
16 21:22 23:23 34:19 34:22
**Shown**
[4] 10:7 10:25 26:15 30:23
**Showroom**
[1] 4:21
**Shows**
[1] 15:12
**Side**
[3] 21:17 30:19 32:13
**Side-hinged**
[1] 21:17
**Sideline**
[1] 24:20
**Sides**
[2] 17:4 27:23
**Siding**
[4] 24:19 32:16 32:17 32:20
**Signed**
[1] 3:10
**Sill**
[1] 32:12
**Similar**
[1] 31:10
**Single**
[2] 21:4 21:15
**Six**
[2] 5:25 20:22
**Six-page**
[2] 5:25 20:22
**Sizes**
[2] 7:2 20:17
**Sold**
[1] 5:12

**Solutions**
[1] 11:10

**Sometimes**
[2] 6:25 8:5

**Sondra**
[2] 1:11 1:24

**Soon**
[1] 35:17

**Sorry**
[2] 8:17 33:4

**Sounds**
[1] 10:18

**Source**
[2] 12:25 13:8

**Space**
[1] 33:11

**Spacer**
[1] 33:11

**Special**
[1] 20:19

**Spell**
[1] 3:7

**Spent**
[1] 9:13

**Stage**
[1] 34:2

**Stained**
[1] 27:1

**Stamp**
[1] 27:4

**Standard**
[4] 20:16 20:18 23:6 23:7

**Start**
[3] 10:11 17:25 26:9

**Started**
[2] 4:20 24:18

**Starting**
[1] 35:17

**State**
[4] 1:14 1:22 3:21 35:4

**STATES**
[1] 1:1

**Stating**
[1] 21:3

**Still**
[7] 7:22 9:19 9:24 9:24 15:19 15:20 30:16

**Stop**
[1] 33:8

**Stops**
[1] 33:11

**Street**
[2] 1:15 1:22

**Strip**
[2] 32:16 32:17

**Stripping**
[1] 12:8

**Study**
[1] 3:16

**Stuffed**
[1] 32:7

**Style**
[4] 18:1 27:7 30:16 30:18

**Styles**
[3] 27:23 27:24 32:13

**Submitting**
[1] 9:3

**Subpoena**
[1] 5:17

**Subsequently**
[1] 7:13

**Suite**
[2] 1:15 1:22

**Summary**
[1] 19:20

**Supply**
[1] 19:25

**Supposed**
[2] 6:19 6:19

**Surface**

**Swanville**
[1] 3:13

**Sworn**
[1] 3:2

**Synopsis**
[1] 20:25

**System**
[2] 29:16 32:8

**T**

**Table**
[1] 34:2

**Techniques**
[1] 33:16

**Temperature**
[4] 23:1 23:3 29:8 29:8

**Temperatures**
[2] 22:16 22:17

**Terminology**
[1] 30:17

**Terms**
[10] 12:3 13:22 14:18 14:23 15:6 15:22 19:11 19:14 25:11 32:1

**Testified**
[2] 3:2 31:7

**Testimony**
[1] 10:18

**Testing**
[2] 22:5 23:8

**Tests**
[1] 19:7

**That'll**
[1] 5:23

**Theirs**
[1] 10:15

**Themselves**
[4] 9:21 10:23 11:14 22:6

**Thermal**
[2] 29:7 29:21

**They've**
[1] 9:13

**Three**
[4] 4:17 9:11 33:5 33:9

**Three-quarters**
[2] 33:5 33:9

**Timing**
[1] 6:21

**Today**
[1] 5:17

**Together**
[1] 33:16

**Toohey**
[1] 1:18

**Took**
[3] 7:2 7:10 8:23

**Tooling**
[1] 19:9

**Top**
[3] 27:8 27:9 27:20

**Tore**
[1] 13:14

**Total**
[1] 19:15

**Transcript**
[1] 36:16

**Transoms**
[1] 21:10

**Trapezoids**
[2] 21:19 21:20

**Trim**
[1] 32:4

**Trying**
[4] 7:16 9:20 9:25 21:5

**Turn**
[1] 27:5

**Twice**
[2] 18:10 18:12

**Twin**

**Two**
[6] 20:25 21:14 31:22 31:22 31:23 31:24

**Tyler**
[10] 1:10 2:3 2:11 2:12 3:9 3:9 3:20 3:24 6:1 24:13

**Type**
[3] 24:17 30:16 34:20

**Types**
[1] 24:1

**Typical**
[1] 29:2

**U**

**Um-hum**
[3] 3:19 20:24 25:15

**Under**
[4] 3:20 6:10 19:20 22:25

**Underneath**
[1] 12:9

**Unhealthy**
[1] 35:11

**Union**
[1] 3:19

**Unit**
[1] 33:13

**UNITED**
[1] 1:1

**Units**
[3] 19:24 19:24 19:25

**Unlock**
[3] 12:5 25:20 28:8

**Unlocked**
[1] 17:10

**Unlocking**
[2] 17:13 26:4

**Unusual**
[1] 22:12

**Up**
[17] 9:1 9:9 9:13 9:16 9:18 9:22 17:2 17:4 17:25 23:2 25:1 25:21 27:8 30:18 33:23 34:18 35:9

**Upgrades**
[1] 31:13

**V**

**Value**
[1] 29:16

**Various**
[1] 3:21

**Ventilation**
[4] 24:20 25:20 25:23 26:5

**Vertical**
[1] 27:7

**Vibrated**
[1] 16:5

**View**
[1] 14:6

**Vintages**
[1] 18:24

**Vinyl**
[5] 20:6 26:3 27:18 29:20 31:16

**Visit**
[1] 36:13

**W**

**Waive**
[1] 36:18

**Wall**
[4] 7:21 21:21 32:15 35:9

**Warmer**
[1] 22:17

**Warner**
[2] 1:14 1:22

**Warranted**
[1] 30:2

**Warrants**

**Water**
[12] 12:22 12:25 13:9 14:10 14:15 14:16 14:20 19:1 26:8 28:2 28:9 32:25

**Ways**
[2] 13:4 32:22

**Weather**
[1] 12:8

**Week**
[1] 9:2

**Weeks**
[2] 31:23 31:24

**West**
[1] 1:19

**WESTERN**
[1] 1:1

**Whatnot**
[1] 25:7

**Whatsoever**
[1] 23:14

**White**
[1] 21:1

**Whole**
[2] 11:8 16:17

**Whole-house**
[1] 16:17

**Wide**
[1] 27:6

**Wife**
[1] 1:3

**Willing**
[1] 13:20

**Window**
[63] 3:22 6:23 7:22 10:11 10:14 12:5 12:6 12:6 12:23 14:1 14:2 14:14 14:19 14:24 14:25 14:25 15:11 16:2 16:13 16:17 16:22 17:13 19:23 19:25 21:4 21:4 21:4 21:5 21:9 21:15 22:8 23:2 23:8 23:21 23:22 24:21 25:11 25:19 25:21 25:22 25:24 26:1 26:3 26:4 26:12 27:7 27:9 27:11 28:3 29:1 29:2 29:2 29:7 29:14 29:15 32:5 32:11 32:23 33:1 33:2 35:7 35:21 35:22

**Windows**
[90] 1:5 1:6 5:9 5:12 6:13 6:14 7:1 7:8 7:9 7:15 7:17 7:21 8:3 10:3 10:6 10:20 10:22 11:7 11:8 11:14 11:17 11:21 11:25 12:3 12:12 12:19 13:23 13:24 14:7 15:23 16:5 16:8 16:11 16:15 16:18 16:19 16:21 16:24 17:1 17:2 17:4 17:7 17:8 17:11 17:12 17:14 17:19 17:21 18:5 18:7 18:10 18:12 18:20 18:23 19:18 20:3 20:16 20:25 21:14 22:3 22:5 22:10 22:19 22:23 23:10 23:15 23:17 23:18 24:1 24:25 25:3 25:7 26:7 27:19 28:1 28:12 28:14 30:2 31:9 31:10 31:20 31:22 32:2 32:3 32:12 32:19 34:4 34:19 35:13 35:17

**Winter**
[1] 22:15

**Withstand**
[1] 23:11

**WITNESS**
[3] 24:7 26:25 36:19

**Wood**
[31] 1:7 12:22 14:22 15:14 16:13 17:1 17:3 18:22 20:3 20:8 20:10 20:10 21:1 26:3 26:9 26:11 26:12 26:16 26:18 26:19 26:20 26:25 27:2 27:16 27:16 27:18 27:19 28:11 29:19 31:14 32:12

**Wrote**
[1] 9:1