# Y

**Year**
[3] 3:15 7:5 34:24

**Years**
[5] 3:20 3:24 4:3 4:17 5:3

**Yourself**
[1] 5:5

```
 1                    C E R T I F I C A T I O N
 2
 3        I, Sondra A. Black, a Court Reporter and Notary
 4   Public in and for the Commonwealth of Pennsylvania, do
 5   hereby certify that the foregoing is a true and accurate
 6   transcript of my stenographic notes in the
 7   above-captioned matter.
 8
 9
10
11                         _____
                           Sondra A. Black
12
13
14
15                         Dated: June 24, 2005
                                  _____
16                              Notarial Seal
                         Sondra A. Black, Notary Public
17                        Waterford Twp., Erie County
                         My Commission Expires Aug. 22, 2005
18                    Member, Pennsylvania Association of Notaries
19
20
21
22
23
24
25
```